NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANTON; PLEASANTON POLICE
DEPARTMENT; and DAVE SPILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT; DAVE SPILLER; and DOES 1 TO 90, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br><br>---<br><br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT; and DAVE SPILLER hereby remove to this Court the state court action described below.

## I. NOTICE OF REMOVAL

On June 20, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased (Plaintiffs) vs. CITY OF PLEASANTON; PLEASANTON POLICE DEPARTMENT; and DAVE SPILLER (Defendants), as Case Number RG19023662. Attached hereto as **Exhibit A** is a copy of the Summons and Complaint served on counsel for Defendants in this state action, as the undersigned counsel agreed to accept service for all Defendants. This was served on counsel on July 29, 2019.

Defendants now provide timely notice of removal of this action per 28 U.S.C. §§ 1446 and 1441(c).

## II. GROUNDS FOR REMOVAL

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(c), in that Plaintiffs' Third through Sixth Causes of Action in their Complaint are § 1983 claims that arise under the U.S. Constitution. Specifically, Plaintiffs' contend that Defendants violated the Fourth and Fourteenth Amendments of the U.S. Constitution in their interaction with Decedent. (Exh. A, Third Cause of Action). Similarly, Plaintiffs allege additional claims pursuant to the U.S. Constitution in the other various causes of action, namely the Fourth through Sixth Causes of Action, regarding denial of medical care, a substantive due process claim and *Monell* type claim for an unconstitutional custom or policy. (Exh. A). As Plaintiffs have alleged several federal claims pursuant to the U.S. Constitution, the Court has original jurisdiction under 28 U.S.C. § 1331 and removal is proper.

Defendants are unaware of any other named defendants who have been served with a Summons and the Complaint other than those herein and thus no joinder to this removal is necessary. The undersigned will be representing the CITY OF PLEASANTON; PLEASANTON

POLICE DEPARTMENT; and DAVE SPILLER.[1]  Plaintiffs are represented by counsel from Gwilliam, Ivary, Chiosso, Cavalli & Brewer, as well as the Cardoza Law Offices, and are being served herein of these filings.

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated: August 5, 2019　　　　　　　　　McNamara, Ney, Beatty, Slattery,
　　　　　　　　　　　　　　　　　　　Borges & Ambacher LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Blechman, Noah G.
　　　　　　　　　　　　　　　　　　　　　　Noah G. Blechman
　　　　　　　　　　　　　　　　　　　　　　Amy S. Rothman
　　　　　　　　　　　　　　　　　　　　　　Cameren N. Ripoli
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　CITY OF PLEASANTON; PLEASANTON POLICE
　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT; and DAVE SPILLER

---

[1] Defendants contend that the Pleasanton Police Department is a redundant named Defendant in this matter, as the City of Pleasanton is a named Defendant, but will seek a dismissal of that irrelevant party with Plaintiffs in the federal court action.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) TO U.S. DISTRICT CT