J. GARY GWILLIAM (SBN 33430)
JAYME L. WALKER (SBN 273159)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
Email: ggwilliam@giccb.com
        jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; DAVE SPILLER; and DOES 1 to 90, inclusive;<br><br>    Defendants. | Case No. 4:19-cv-04593-SBA<br><br>**DECLARATION OF JOHN AND ROSE BAUER PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32** |

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

1    I, JOHN BAUER, declare:

2    1.    The decedent's name is Jacob John Bauer.

3    2.    The decedent's death occurred on August 1, 2018 in Pleasanton, California.

4    3.    No proceeding is now pending in California for administration of the decedent's

5    estate.

6    4.    I, John Bauer, am the decedent's father.  I am the successor in interest (as defined

7    in section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's

8    interest in the within action.

9    5.    No other person has a superior right to commence within the action.

10    6.    A certified copy of the death certificate for Jacob John Bauer is attached hereto as

11    Exhibit A and incorporated herein by reference.

12

13    I declare under penalty of perjury under the laws of the State of California that the

14    foregoing is true and correct.

15    Executed on October 10, 2019 at OAKLAND, California.

16

17

18    _____
          JOHN BAUER

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    I, ROSE BAUER, declare:

2        1. The decedent's name is Jacob John Bauer.

3        2.   The decedent's death occurred on August 1, 2018 in Pleasanton, California.

4        3.   No proceeding is now pending in California for administration of the decedent's

5    estate.

6        4.   I, Rose Bauer, am the decedent's adult mother.  I am the successor in interest (as

7    defined in section 377.11 of the California Code of Civil Procedure) and succeed to the

8    decedent's interest in the within action.

9        5.   No other person has a superior right to commence within the action.

10       6.   A certified copy of the death certificate for Jacob John Bauer is attached hereto as

11   Exhibit A and incorporated herein by reference.

12

13       I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.

15       Executed on October _10_, 2019 at _CASTRO VALLEY_, California.

16

17

18                                              ROSE BAUER

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

3052018163883     **CERTIFICATE OF DEATH**     3201801005829

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

STATE FILE NUMBER     LOCAL REGISTRATION NUMBER

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT- FIRST (Given) | JACOB |
| 2. MIDDLE | JOHN |
| 3. LAST (Family) | BAUER |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 06/27/1980 |
| 5. AGE Yrs. | 38 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | UNKNOWN |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP (at Time of Death) | UNKNOWN |
| 7. DATE OF DEATH mm/dd/ccyy | 08/01/2018 |
| 8. HOUR | 1615 |
| 13. EDUCATION – Highest Level/Degree | UNKNOWN |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? | NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see race codes on back) | CAUCASIAN |
| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | UNKNOWN |
| 18. KIND OF BUSINESS OR INDUSTRY | UNKNOWN |
| 19. YEARS IN OCCUPATION | UNK |
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 615 JUNIPERO STREET |
| 21. CITY | PLEASANTON |
| 22. COUNTY/PROVINCE | ALAMEDA |
| 23. ZIP CODE | 94566 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ACSO CORONER'S BUREAU, PENDING |
| 27. INFORMANT'S MAILING ADDRESS | 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 |
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | |
| 29. MIDDLE | |
| 30. LAST (BIRTH NAME) | |
| 31. NAME OF FATHER/PARENT–FIRST | UNKNOWN |
| 32. MIDDLE | UNKNOWN |
| 33. LAST | UNKNOWN |
| 34. BIRTH STATE | UNKNOWN |
| 35. NAME OF MOTHER/PARENT–FIRST | UNKNOWN |
| 36. MIDDLE | UNKNOWN |
| 37. LAST (BIRTH NAME) | UNKNOWN |
| 38. BIRTH STATE | UNKNOWN |
| 39. DISPOSITION DATE mm/dd/ccyy | |
| 40. PLACE OF FINAL DISPOSITION | ACSO CORONER'S BUREAU 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 |
| 41. TYPE OF DISPOSITIONS | PEND |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | ACSO CORONER'S BUREAU |
| 45. LICENSE NUMBER | NONE |
| 46. SIGNATURE OF LOCAL REGISTRAR | ERICA PAN, MD |
| 47. DATE mm/dd/ccyy | 08/10/2018 |

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | STANFORD HEALTH CARE- VALLEY CARE |
| 102. IF HOSPITAL, SPECIFY ONE | IP (X) |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | |
| 104. COUNTY | ALAMEDA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 5555 WEST LAS POSITAS BOULEVARD |
| 106. CITY | PLEASANTON |
| 107. CAUSE OF DEATH | CAUSE UNDER INVESTIGATION |
| 108. DEATH REPORTED TO CORONER? | (X) YES |
| IMMEDIATE CAUSE | CAUSE UNDER INVESTIGATION — INVS | 2018-02388 |
| 108. BIOPSY PERFORMED? | NO |
| 109. AUTOPSY PERFORMED? | YES |
| 110. USED IN DETERMINING CAUSE? | YES |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE IN 107

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? If yes, list type of operation and date.

114. IF FEMALE, PREGNANT IN LAST YEAR?

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | Could not be determined — (X) |
| 120. INJURED AT WORK? | |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location; and city, and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JEFF S HOVDA |
| 127. DATE mm/dd/ccyy | 08/02/2018 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JEFF S HOVDA, DEPUTY CORONER |

STATE REGISTRAR    A   B   C   D   E    *010001003953260*    FAX AUTH#    CENSUS TRACT

1 of 3

CAALAMED01

## CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED   SEP 24 2018

001208497



INTERIM HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA
This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

### AFFIDAVIT TO AMEND A RECORD
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

| 3052018163883 | | 3201801005629 |
|---|---|---|
| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |

1.1  ☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

**PART I — INFORMATION TO LOCATE RECORD**

| | 1A. NAME – FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|---|
| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | JACOB | JOHN | BAUER |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 08/01/2018 | PLEASANTON | ALAMEDA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

**PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD**

| | 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 9 | UNKNOWN | IL |
| | 11 | UNK | NO |
| | 12 | UNKNOWN | NEVER MARRIED |
| | 13 | UNKNOWN | SOME COLLEGE BUT NO DEGREE |
| | 17 | UNKNOWN | SOFTWARE DEPLOYMENT ENGINEER |
| | 18 | UNKNOWN | INFORMATION TECHNOLOGY |
| | 19 | UNK | 15 |
| | 26 | ACSO CORONER'S BUREAU, PENDING | JOHN BAUER, FATHER |
| | 27 | 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 | 615 JUNIPERO ST, PLEASANTON, CA 94566 |
| | 31 | UNKNOWN | JOHN |
| | 32 | UNKNOWN | DONALD |
| | 33 | UNKNOWN | BAUER |
| | 34 | UNKNOWN | IL |
| | 35 | UNKNOWN | ROSE |
| | 36 | UNKNOWN | MARIE |
| | 37 | UNKNOWN | SOWA |
| | 38 | UNKNOWN | IL |
| | 39 | | 09/11/2018 |

| REASON FOR CORRECTION | 11. PERSONAL INFORMATION |
|---|---|

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

**AFFIDAVITS AND SIGNATURES**
**TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD**

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| MYRA PARKER-HERRERA | MYRA PARKER-HERRERA | FUNERAL DIRECTOR |
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 12E. DATE SIGNED—MM/DD/CCYY |
| 4499 PIEDMONT AVENUE, OAKLAND, CA 94611 | | 09/07/2018 |
| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
| TODARO PARKER | TODARO PARKER | FUNERAL DIRECTOR |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | | 13E. DATE SIGNED—MM/DD/CCYY |
| 4499 PIEDMONT AVENUE, OAKLAND, CA 94611 | | 09/07/2018 |

| STATE/LOCAL REGISTRAR - USE ONLY | 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| | STATE REGISTRAR - OFFICE OF VITAL RECORDS | 09/10/2018 |

2 of 3

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24e (REV. 1/08)

*020101003982945*   1.1

CAALAMEDD1

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

001208498

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED  SEP 24 2018

INTERIM HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

3052018163883
STATE FILE NUMBER

3201801005829
LOCAL REGISTRATION NUMBER

1.2

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I   INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| JACOB | JOHN | BAUER |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 08/01/2018 | PLEASANTON | ALAMEDA |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| UNKNOWN UNKNOWN UNKNOWN | UNKNOWN UNKNOWN UNKNOWN |

## PART II   STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 40 | ACSO CORONER'S BUREAU, 2901 PERALTA OAKS COURT, OAKLAND, CA 94605 | FENCO SERVICES, 245 ROSECREST DRIVE, MONROEVILLE, PA 15146 |
| 41 | PEND | TEMP |
| 44 | ACSO CORONER'S BUREAU | CHAPEL OF THE CHIMES |
| 45 | NONE | FD1254 |

11. PERSONAL INFORMATION

REASON FOR CORRECTION

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

AFFIDAVITS AND SIGNATURES

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| MYRA PARKER-HERRERA | MYRA PARKER-HERRERA | FUNERAL DIRECTOR |

| 12D. ADDRESS (STREET AND NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 4499 PIEDMONT AVENUE, OAKLAND, CA 94611 | 09/07/2018 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| TODARO PARKER | TODARO PARKER | FUNERAL DIRECTOR |

| 13D. ADDRESS (STREET AND NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 4499 PIEDMONT AVENUE, OAKLAND, CA 94611 | 09/07/2018 |

STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| STATE REGISTRAR - OFFICE OF VITAL RECORDS | 09/10/2018 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*D20102000982945*

FORM VS 24e (REV. 1/08)
1.2

**3 of 3**

CAALAMED01

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

DATE ISSUED   **SEP 24 2018**

001208499

INTERIM HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.



**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

1

## CERTIFICATE OF SERVICE

*John Bauer and Rose Bauer v. City of Pleasanton, et al.*

2

United States District Court, Northern District of California Case No. 4:19-cv-04593-SBA

3

I am a resident of the State of California, over the age of eighteen years, and not a party to

4

the within action. My business address is GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER, 1999 Harrison St., Suite 1600, Oakland, California 94612.

5

On October 15, 2019, I served the following document(s) by the method indicated below:

6

7

**DECLARATION OF JOHN AND ROSE BAUER PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32**

8

☒   via **ECF ELECTRONIC TRANSMISSION** - By CM/ECF for parties that are CM/ECF participants. Service is being made electronically on those parties on the below list that are registered users of the Court's Electronic Case Filing System.

9

10

☐   via **U.S. MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

11

12

13

14

☐   via **PERSONAL SERVICE** - by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

15

16

17

☐   via **OVERNIGHT SERVICE** - by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

18

19

| | |
|---|---|
| 20 | Noah Blechman<br>Amy Rothman<br>McNamara, Ney, Beatty, Slattery, Borges &<br>Ambacher, LLP<br>3480 Buskirk Ave., Suite 250<br>Pleasant Hill, CA 94523<br>Tel.:    (925) 939-5330<br>Fax.:   (925) 939-0203<br>Email:  noah.blechman@McNamaraLaw.com,<br>amy.rothman@mcnamaralaw.com | Attorneys for Defendant<br>CITY OF PLEASANTON AND DAVE SPILLER |

26

///

27

///

28

///

1    I declare under penalty of perjury under the laws of the State of California that the

2 above is true and correct.  Executed on October 15, 2019, at Oakland, California.

3

4    Brittany Smith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service