J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
       jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No.: 3:19-cv-04593-LB<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER]<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: January 28, 2020<br>Time: 9:30 a.m.<br>Dept.: Courtroom B – 15th Floor (San Francisco)<br>Method: Unknown<br><br>Date Removed: August 7, 2019<br>Complaint Filed: June 20, 2019 |

The parties to the above-entitled action jointly submit this UPDATED JOINT CASE MANAGEMENT CONFERENCE ("CMC") STATEMENT pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.  The parties previously filed the extensive INITIAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT on November 13, 2019 (ECF, though Judge Saundra B. Armstrong was the judge at the time).  The parties also filed an UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT on June 3, 2020 (ECF 43).  Should the Court agree that this matter seems on track and a CMC is not needed, the Court may vacate and reset the CMC if need be.

### 1. **Discovery**

The parties have exchanged written discovery and that process is near complete.  Many depositions have been taken thus far, with several more scheduled.  Due to the pandemic and scheduling issues, two depositions will be taken shortly after the close of non-expert discovery, to which parties have agreed. Expert disclosure is coming up in early February.

### 2. **Settlement and ADR**

On November 4, 2020, the parties attended a Settlement Conference with Magistrate Judge Kandis A. Westmore but were unable to come to a resolution.

The parties are willing to discuss attending a further Settlement Conference, or mediation, which may be court-sponsored mediation or private mediation, after the exchange of expert information and after the parties meet and confer on those issues.

//
///
///
///
///
///
///
///

| | |
|---|---|
| DATE:  January 21, 2021 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| | /s/ Noah G. Blechman |
| | Noah G. Blechman<br>Attorneys for Defendants<br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MAR BILLDT AND DAVE SPILLER |
| DATE:  January 21, 2021 | GWILLIAM IVARY CHIOSSO CAVALLI & BREWER |
| | /s/ Jayme L. Walker |
| | J. Gary Gwilliam<br>Jayme L. Walker<br>Attorneys for Plaintiffs<br> JOHN AND ROSE BAUER |

186503

# CERTIFICATE OF SERVICE
*John Bauer and Rose Bauer v. City of Pleasanton, et al.*
United States District Court, Northern District of California Case No. 3:19-cv-04593-LB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER, 1999 Harrison St., Suite 1600, Oakland, California 94612.

On January 21, 2021, I served the following document(s) by the method indicated below:

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

☒ via **ECF ELECTRONIC TRANSMISSION** – By CM/ECF for parties that are CM/ECF participants. Service is being made electronically on those parties on the below list that are registered users of the Court's Electronic Case Filing System.

☐ via **U.S. MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ via **PERSONAL SERVICE** - by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

| | |
|---|---|
| Noah Blechman, Esq.<br>Cameren N. Ripoli, Esq.<br>McNamara, Ney, Beatty, Slattery, Borges & Ambacher, LLP<br>3480 Buskirk Ave., Suite 250<br>Pleasant Hill, CA 94523<br>Tel.: (925) 939-5330<br>Fax.: (925) 939-0203<br>Email: Noah.Blechman@McNamaraLaw.com<br>Cameren.Ripoli@McNamaraLaw.com | Attorneys for Defendant<br>CITY OF PLEASANTON, DAVE SPILLER, BRADLEE MIDDLETON, JONATHAN CHIN, RICHARD TROVAO, STEVEN BENNETT, ALEX KOUMISS, JASON KNIGHT, AND MARTY BILLDT |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 21, 2021, at Oakland, California.

*/s/ Lauren Riewerts*
Lauren Riewerts