NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANTON; BRADLEE MIDDLETON;
JONATHAN CHIN; RICHARD TROVAO; STEVEN
BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY
BILLDT; and DAVE SPILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; and DAVE SPILLER; and DOES 1 to 90 INCLUSIVE,<br><br>Defendants. | Case No. C19-04593 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES** |

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS the parties need additional time for expert disclosure and rebuttal expert disclosure and expert discovery due to numerous depositions that are being completed close to the fact discovery cut-off and at least one medical doctor deposition that is occurring the week after that deadline.  Per the current deadlines set in ECF 64, the parties propose a few weeks

STIPULATION AND ORDER TO EXTEND
EXPERT DEADLINES – C19004593 LB

extension on these events as follows:

| **CASE EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Expert disclosures | February 5, 2021 | February 19, 2021 |
| Rebuttal expert disclosures | February 15, 2021 | March 1, 2021 |
| Expert discovery completion | February 26, 2021 | March 26, 2021 |

2. WHEREFORE, good cause has been shown and the parties have stipulated thereto, by and through their respective counsel, to continue the expert deadlines as listed above.

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: January 28, 2021          GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
                                 By:   /s/ Walker, Jayme
                                     J. Gary Gwilliam
                                     Jayme L. Walker
                                     Attorneys for Plaintiffs

Dated: January 28, 2021          MCNAMARA, NEY, BEATTY, SLATTERY,
                                 BORGES & AMBACHER LLP


                                 By:   /s/ Blechman, Noah G.
                                     Noah G. Blechman
                                     Attorneys for Defendants
                                     CITY OF PLEASANTON; BRADLEE MIDDLETON;
                                     JONATHAN CHIN; RICHARD TROVAO; STEVEN
                                     BENNETT; ALEX KOUMISS; JASON KNIGHT;
                                     MARTY BILLDT; and DAVE SPILLER

(ORDER ON NEXT PAGE)

/ / /

STIPULATION AND ORDER TO EXTEND          2
EXPERT DEADLINES – C19004593 LB

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

ECF 64 is modified as follows:

| CASE EVENT | NEW DEADLINE |
| --- | --- |
| Expert disclosures | February 19, 2021 |
| Rebuttal expert disclosures | March 1, 2021 |
| Expert discovery completion | March 26, 2021 |

**IT IS SO ORDERED**

Dated: _____, 2021

By: _____
    HON. LAUREL BEELER
    U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER TO EXTEND                3
EXPERT DEADLINES – C19004593 LB