NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANTON; BRADLEE MIDDLETON;
JONATHAN CHIN; RICHARD TROVAO; STEVEN
BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY
BILLDT; and DAVE SPILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased,<br><br>  Plaintiffs,<br><br>   vs.<br><br>CITY OF PLEASANTON; CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; and DAVE SPILLER; and DOES 1 to 90 INCLUSIVE,<br><br>  Defendants. | Case No. C19-04593 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS DEFENDANTS STEVEN BENNETT AND ALEX KOUMISS, WITH PREJUDICE** |

Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and move the Court for an order dismissing Defendants Steven Bennett and Alex Koumiss from the lawsuit, with prejudice.

WHEREAS the parties have met and conferred and agreed that Defendants Steven Bennett and Alex Koumiss should be dismissed from the lawsuit, with prejudice, in order to narrow the

scope of the relevant parties and issues in this litigation.

WHEREAS the Plaintiffs and Defendants have agreed that each side shall bear its own costs and fees as to these dismissed parties.

The parties attest that concurrence in the filing of these documents has been obtained from each of the Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

Dated: March 3, 2021   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER


By: ___/s/ Jayme L. Walker_____
J. Gary Gwilliam
Jayme L. Walker
Attorneys for Plaintiffs
John and Rose Bauer

Dated: March 3, 2021   MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP


By: ___/s/ Blechman, Noah G._____
Noah G. Blechman
Attorneys for Defendants
CITY OF PLEASANTON, et al.

## **ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismissed Defendants Steven Bennett and Alex Koumiss from this action, with prejudice. Each party to bear its own fees and costs as to these dismissed parties.


Dated: _____, 2020   By: _____
Honorable Laurel Beeler
United States Magistrate Judge

STIPULATION AND ORDER TO VOLUNTARILY   2
DISMISS DEFENDANTS BENNETT AND KOUMISS
WITH PREJUDICE, C19-04593 LB