J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No.: 3:19-cv-04593-LB<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS JOHN AND ROSE BAUER'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**<br><br>Date:<br>Time:<br>Dept.: Courtroom B – 15th Floor (San Francisco)<br>Judge: Hon. Laurel Beeler<br><br>Trial: July 19, 2021<br>Date Removed: August 7, 2019<br>Complaint Filed: June 20, 2019 |

Plaintiffs John and Rose Bauer ("Plaintiffs") have filed a motion for leave to exceed the page limit of twenty-five pages in their Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment, up to thirty-five pages. Plaintiffs have demonstrated good cause appearing for the same.

IT IS HEREBY ORDERED THAT the Plaintiffs be permitted to file an Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment of up to thirty-five pages.

DATE: _____          _____
                                 HON. LAUREL BEELER
                                 United States District Court Judge