EXHIBIT C-1

911 CALL

SEE FLASHDRIVE