# EXHIBIT C-2
# MIDDLETON BWC
# SEE FLASHDRIVE