# EXHIBIT C-3
# MIDDLETON BWC
# SEE FLASHDRIVE