# EXHIBIT D-8

| Time | Description | User | Machine |
|---|---|---|---|
| 3:18:50 PM | C4 WORKING ON SUBJ TO GET ON THE GERNY | Horner,Heidi | PDDISP21CFQXM2 |
| 3:11:10 PM | FIRE ENRT | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 3:10:54 PM | HAVE FIRE ROLL IN | Horner,Heidi | PDDISP21CFQXM2 |
| 3:09:12 PM | SUBJ ACTIVELY RESISTING APPLYING FACE MASK AND WRAP | Horner,Heidi | PDDISP21CFQXM2 |
| 3:05:35 PM | FIRE TO STAGE EAST OF SENIOR CENTER | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 3:05:25 PM | NOTHING SIG IN HOUSE, PRIOR CITE FOR CELL PHONE IN 2015 | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 3:03:51 PM | FIRE STAGE AT SENIOR CENTER | Horner,Heidi | PDDISP21CFQXM2 |
| 3:03:01 PM | FIRE ENRT UNK MEFD | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 3:02:32 PM | START MEDICAL | Horner,Heidi | PDDISP21CFQXM2 |
| 3:02:23 PM | MED REQUEST | Medeiros,Brandy | PDDISP41CFRXM2 |
| 3:02:19 PM | CUFFS ON DETAINED WORKING ON A WRAP | Horner,Heidi | PDDISP21CFQXM2 |
| 3:02:18 PM | SUBJ DETAINED IN CUFFS. WORKING ON APPLYING A WRAP | Medeiros,Brandy | PDDISP41CFRXM2 |
| 3:00:47 PM | s10 ADVISING ALL INCOMING UNITS CAN REDUCE. TRYING TO TAKE SUBJ INTO CUSTODY | Medeiros,Brandy | PDDISP41CFRXM2 |
| 3:00:20 PM | REDUCING | Horner,Heidi | PDDISP21CFQXM2 |
| 2:58:35 PM | WATCH COMMANDER/ SILACCI ADVISED | Medeiros,Brandy | PDDISP41CFRXM2 |
| 2:58:23 PM | SPEE DEE OIL CHANGE IS 44 MISSION DR | Medeiros,Brandy | PDDISP41CFRXM2 |
| 2:58:16 PM | CD3 HOPYARD/VALLEY | Horner,Heidi | PDDISP21CFQXM2 |
| 2:57:59 PM | CD 3 FRNAKLIN/JOHNSON | Horner,Heidi | PDDISP21CFQXM2 |
| 2:54:34 PM | BAUER, JACOB 062780 M | Horner,Heidi | PDDISP21CFQXM2 |
| 2:53:06 PM | OFF W/ SUBJ MISSION/SUNOL | Horner,Heidi | PDDISP21CFQXM2 |
| 2:47:17 PM | NEG WEAPONS | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 2:47:13 PM | SUBJ IS WALKING AROUND STORE AND ASST DIRECTOR IS TRAILING | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 2:46:12 PM | HE HAS BEEN ASKED TO LEAVE BUT IS REFUSING | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 2:45:57 PM | RP REQ ASST W/ ESCORTING HIM OUT OF STORE | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 2:45:35 PM | SUBJ IS RANTING TO HIMSELF | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |
| 2:44:45 PM | WMA W/ MED LENGTH STRAIGHT BRO MULTI COLORED HAIR, 30-35 YOA, 6'0, 220, BEARD, LSW TIE DIED TSHIRT, JEANS W/ BEADING ON POCKETS | Mohammad Parwes,Mojgan | PDDISP31CFPXM2 |

**EMD Narrative**

| Time | Description | User |
|---|---|---|

**Call Persons**

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| KAREN,MANAGER | | (925) 846-4471 | PDDISP31CFPXM2 |
| BAUER,JACOB | 6/27/1980 | | PDDISP31CFPXM2 |
| BAUER,JILLIAN | 1/1/1987 | | PDDISP11CDSXM2 |
| BAUER,JOHN | 3/17/1959 | | PDDISP11CDSXM2 |
| BAUER,ROSE | 9/27/1960 | | PDDISP11CDSXM2 |
| BAUER,JILLIAN | 1/6/1987 | | PDDISP11CDSXM2 |

PPD002470