EXHIBIT D-9



\*\*\* CONFIDENTIAL DOCUMENT \*\*\*

PPD001172 - CONFIDENTIAL