# EXHIBIT D-11

# AVOID REPEATED/EXTENDED CEW DURATIONS

- Minimize the number and duration of CEW exposures
- CEW exposure is a physically and psychologically stressful event
- Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives
- Avoid repeated or continuous exposures beyond 15 seconds absent reasonably perceived immediate threat and increased justification
- Reassess the subject's behavior before repeating or continuing the exposure, and provide time for compliance

© 2019 Axon Enterprise, Inc.