EXHIBIT D-13

CONFIDENTIAL

DATE: 9-2-20
Anree Wimberley, CSR 7778

PPD001658 - CONFIDNTIAL

# CONFIDENTIAL

PPD001659 - CONFIDNTIAL

CONFIDENTIAL

PPD001660 - CONFIDNTIAL

CONFIDENTIAL

PPD001661 - CONFIDNTIAL



CONFIDENTIAL

PPD001662 - CONFIDNTIAL

CONFIDENTIAL

PPD001663 - CONFIDNTIAL