EXHIBIT E-3

CHIN BWC

SEE FLASHDRIVE