# EXHIBIT E-5
# CHIN BWC
# SEE FLASHDRIVE