EXHIBIT E-6

CONFIDENTIAL

PPD002099 - CONFIDENTIAL

CONFIDENTIAL

PPD002100 - CONFIDENTIAL

CONFIDENTIAL
PPD002101 - CONFIDENTIAL

# CONFIDENTIAL

[redacted]

PPD002104 - CONFIDENTIAL



CONFIDENTIAL

PPD002105 - CONFIDENTIAL