# EXHIBIT F-1

CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING

# Basic Course Workbook Series

## Student Materials

**Learning Domain 37**
**People with Disabilities**
**Version 6.0**

**Basic Course Workbook Series**
**Student Materials**
**Learning Domain 37**
**People with Disabilities**
**Version 6.0**

© Copyright 2006
California Commission on Peace Officer Standards and Training (POST)
All rights reserved.

Published 1999
Revised August 2004
Revised July 2005
Revised January 2006
Update August 2012
Correction March 2013
Update April 2016

This publication may not be reproduced, in whole or in part, in any form or by any means electronic or mechanical or by any information storage and retrieval system now known or hereafter invented, without prior written permission of the California Commission on Peace Officer Standards and Training, with the following exception:

California law enforcement or dispatch agencies in the POST program, POST-certified training presenters, and presenters and students of the California basic course instructional system are allowed to copy this publication for non-commercial use.

All other individuals, private businesses and corporations, public and private agencies and colleges, professional associations, and non-POST law enforcement agencies in-state or out-of-state may purchase copies of this publication, at cost, from POST as listed below:

From POST's Web Site:
**www.post.ca.gov**
Go to Ordering Student Workbooks

## Persons with Mental Illness, Continued

**Recognizing behaviors associated with mental illness** (continued)

| Indicators | Additional Information |
|---|---|
| **Clinical Depression** (continued) | - Crying spells<br>- Chronic pain<br>- Sleep disturbances<br>- Relentlessness or irritability<br>- Difficulty concentrating or making decisions<br>- Thoughts of death (including gestures, attempts or threats of suicide)<br><br>NOTE: The risk of suicide attempts, **suicide, and suicidal behavior** is significantly higher for people who are affected by any form of depressive disorder. |
| **Bipolar Disorder** | • Also referred to as manic depression and characterized by cycles of low and high mood swings. Swings between cycles can be rapid and unpredictable<br>• When in a depressive cycle, a person with bipolar disorder may demonstrate the same behaviors as with clinical depression<br>• When in a manic cycle a person may exhibit behavior such as:<br>   - boundless energy and enthusiasm<br>   - decreased need for sleep<br>   - rapid loud or disorganized speech<br>   - short temper and argumentative speech<br>   - impulsive and erratic behavior<br>   - possible delusional thoughts<br>   - religiosity (excessive devotion to religion) |

*Continued on next page*

## Persons with Mental Illness, Continued

| | Indicators | Additional Information |
|---|---|---|
| **Recognizing behaviors associated with mental illness** (continued) | **Schizophrenia** | • Is not a single disorder. It is a group of related disorders in which a person's ability to function is marked by severe distortion of thought, perception, feelings, and bizarre behavior<br>• Is the most common of the thought disorders. It most often develops in young adults aged 16 to 25 and remains throughout their adult lives<br>• Characterized by a deterioration of a person's ability to work, relate to others, or to take care of oneself<br>• Behaviors include:<br>   - bizarre delusional thinking<br>   - hallucinations<br>   - incoherent, disconnected thoughts and speech<br>   - expression of irrational fear<br>   - deteriorated self-care<br>   - poor reasoning<br>   - strange and erratic behaviors<br><br>NOTE: Officers may come into contact with people affected by schizophrenia because certain medications taken by individuals who are affected by schizophrenia may cause agitation that can lead to a buildup of tension, anxiety, or panic. This may lead to potentially dangerous situations. When frightened, a person with this disorder may act out with even more bizarre or paranoid behavior. |

*Continued on next page*