EXHIBIT F-3

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL