EXHIBIT H-18-A

KNIGHT BWC

SEE FLASHDRIVE