EXHIBIT H-18-B

KNIGHT BWC

SEE FLASHDRIVE