EXHIBIT I-11-A

# SMART USE CONSIDERATIONS

## Hand out CEW Study Aid



⚠ WARNING

### TASER Conducted Electrical Weapon (CEW) Use

The TASER CEW is a use-of-force option subject to the TASER training and warnings. TASER CEWs have risks and full compliance with all warnings, policies, and training is required to reduce the risks of injury or death. CEWs are not a substitute for firearms, deadly force, or physical control when needed.

### TASER CEW USE GUIDELINES

*If no signs of imminent safety risk exists, slow down and consider alternative force options/de-escalation including negotiation, constraints, or physical skills*
- Physical resistance alone does not equal or indicate an immediate safety risk
- Emotionally disturbed person (EDP) or activity, by itself, does not indicate an immediate safety risk
- Choose a force option reasonably likely to cure the immediate safety risk
- CEWs do not replace deadly force options

### Incident Basics:
- Complete training first, recertify annually
- Reinforce latest TASER CEW warnings
- Follow all laws, regulations, policies
- If CEW is not achieving intended goal, transition to different force option
- Monitor subject post-CEW; if unresponsive, initiate BLS/CPR protocols

### Probe Targeting:

- Back since 1 safety and effectiveness
- Avoid intentionally targeting sensitive areas (eyes, head, throat, chest/breast, genitalia, known pre-existing injury area)
- Use preferred target zone areas on target figures
- Avoid chest if cardiac risks, particularly in thin subjects

### Close-range deployment - split bet the, maximize probe spread

- Probe "spread": Wider gains spread = more effectiveness, 12" (30.5 cm) probe spread is recommended for 1 effectiveness
  - If too close to achieve good probe spread, attempt to 1 distance, if unable to 1 distance, targeting thigh may offer some advantage

### CEW Use:
- Use objectively reasonable force under totality of circumstances
- Use the minimum force necessary to accomplish needed objective
- Give a verbal warning before using force, if practicable
- Give subject reasonable opportunity to comply before force is used or repeated
- Cease force once subject is under control
- Avoid using CEW once (touch/contact) mere except:
  - 3 or 4-point contact to complete circuit or 1 probe spread
  - "touch-contact" or ionization burn when intended or tied up with subject
- Avoid application to attempt pain-compliance, must give reasonable time and opportunity to comply
- Avoid repeated drive-stuns if compliance is not achieved, particularly with EDPs

### Subjects with Increased Risks (requiring 1 justification):
- Higher risk populations (children, pregnant, elderly, thin)
- Known medical conditions (pregnancy, heart disease, pacemaker, seizure history)
- Secondary risks (impaled, 1 position)
- Uncontrolled fall, subjects in elevated positions or running on hard surfaces
  - Consider 1 tracking of chemical grounding to objectively reassess
- Operating machinery or transportation (car, motorcycle, bicycle, skateboard)
- Presence of capture, flammable substances, or vapor

### Minimize Number and Duration of CEW Exposure
- Each CEW trigger pull of 5 seconds of discharge must be objectively reasonable
- Control subject, don't incessantly, 1 rate and practicable
- Use 5-second "window of opportunity" to restrain and "cuff under power"
- Do not use multiple CEWs at time/cycle through without justification
- Avoid repeated, extended, or continuous exposure beyond 15 seconds unless reasonably perceived immediate threat, and 1 justification
- If person is NOT immediately incapacitated or right risk, 1 CEW Use:
  - Without first stopping could be ineffective, commands, or physical skills
  - On person known or perceived to be excessively disturbed or making if persons exposed to risk factors
  - On elevated risk populations
- For pain-compliance, if pain fails rapidly ineffective due to 1 tolerance from drugs, alcohol, or psychosis

### Documentation (always Document force/CEW justification):
- Document immediate safety risks, danger, resistance, force used from officer POV
- Body-worn cameras and CEW provide best objective documentation of events
- Fully document gravity, context, mindset (evidence):
  - Subject's threats, behaviors, and actions
  - Each application of force, and each injury or alleged injury
  - Each CEW trigger pull of 5-second discharge