EXHIBIT I-19

TROVAO BWC

SEE FLASHDRIVE