EXHIBIT I-24

CONFIDENTIAL

PPD001415 - CONFIDENTIAL