# EXHIBIT I-21
# BENNETT BWC
# SEE FLASHDRIVE