EXHIBIT I-22

BILLDT BWC

SEE FLASHDRIVE