# EXHIBIT J-1
# SARASUA BWC
# SEE FLASHDRIVE