# EXHIBIT M

```
 1                 UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                     _____
 5
         JOHN BAUER, an              )
 6       individual and as           )
         Successor in Interest of    )
 7       Jacob Bauer, deceased;      )
         ROSE BAUER, an              )Case No.
 8       individual and as           )3:19-cv-04593-LB
         Successor in Interest of    )
 9       Jacob Bauer, deceased,      )
                                     )
10              Plaintiffs,          )
                                     )
11            vs.                    )
                                     )
12       CITY OF PLEASANTON,         )
         BRADLEE MIDDLETON;          )
13       JONATHAN CHIN; RICHARD      )
         TROVAO; STEVEN BENNETT;     )
14       ALEX KOUMISS; JASON         )
         KNIGHT; MARTY BILLDT;       )
15       DAVID SPILLER; and DOES     )
         1 to 50, inclusive;         )
16                                   )
                Defendants.          )
17
18
19              REMOTE VIDEOTAPED DEPOSITION
20                         OF
21              RODOLFO CESAR GRANADOS, JR.
22                Monday, January 25, 2021
23                 Pleasanton, California
24
25   Reported by:  B. Suzanne Hull, CSR No. 13495


                                                  Page 1
```

```
 1                        APPEARANCES
 2
 3
 4
      For Plaintiffs:      Gwilliam Ivary, et al.
 5                         By MR. GARY J. GWILLIAM
                           Attorney at Law
 6                         1999 Harrison Street
                           Suite 1600
 7                         Oakland, California 94612
                           (510) 832-5411
 8                         ggwilliam@giccb.com
 9
10    For Defendants:      McNamara, Ney, Dodge, Beatty,
                           Slattery & Ambacher
11                         By MR. NOAH G. BLECHMAN
                           Attorney at Law
12                         3480 Buskirk Avenue
                           Suite 250
13                         Pleasant Hill, California 94523
                           (925) 939-5330
14                         noah.blechman@mcnamaralaw.com
15
16    The Videographer:    Jeff Nichols
17    Also Present:        Brittany Smith
18
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1                           I N D E X
 2
 3    EXAMINATION BY                                      PAGE
 4
 5    MR. GWILLIAM                                           5
 6
 7
 8
 9                          E X H I B I T S
10
11    EXHIBIT        DESCRIPTION                          PAGE
12    Exhibit 36 -   Interview with Officer Rudy            11
13                   Granados, twenty-five pages
14    Exhibit 37 -   Pleasanton Police Department Use       56
15                   of force policy, twenty-five pages
16                   [Previously marked as Exhibit 12
17                   in the deposition of Bradlee
18                   Middleton, September 2, 2020]
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | Pleasanton, California | |
| 2 | Monday, January 25, 2021; 1:02 p.m. | |
| 3 | 4833 Bernal Avenue | |
| 4 | | |
| 5 | THE VIDEOGRAPHER:  Good afternoon. | 13:02:15 |
| 6 | We are going on the record at 1:02 p.m. on | 13:02:15 |
| 7 | January 25th, 2021. | 13:02:19 |
| 8 | This is media unit one of the video-recorded | 13:02:21 |
| 9 | deposition of Rodolfo Granados, Jr., taken by counsel | 13:02:25 |
| 10 | for plaintiffs in the matter of John Bauer, et al., | 13:02:30 |
| 11 | versus City of Pleasanton, et al., filed in the | 13:02:36 |
| 12 | United States District Court, Northern District of | 13:02:37 |
| 13 | California, San Francisco Division.  The case number | 13:02:41 |
| 14 | is 3:19-cv-04593-LB. | 13:02:42 |
| 15 | This deposition is being held virtually via | 13:02:43 |
| 16 | Zoom. | 13:02:52 |
| 17 | My name is Jeff Nichols, from the firm | 13:02:53 |
| 18 | Veritext Legal Solutions, and I'm the videographer. | 13:02:56 |
| 19 | The court reporter is Suzanne Hull, from the firm | 13:02:58 |
| 20 | Veritext Legal Solutions. | 13:03:01 |
| 21 | Counsel will now please state their | 13:03:01 |
| 22 | appearances and affiliations for the record. | 13:03:04 |
| 23 | MR. GWILLIAM:  I'm Gary Gwilliam, | 13:03:08 |
| 24 | representing the plaintiffs in this matter. | 13:03:09 |
| 25 | MR. BLECHMAN:  Noah Blechman, on behalf of | 13:03:11 |

Page 4

```
 1   the defendants.                                          13:03:14
 2          THE VIDEOGRAPHER:  Will the court reporter        13:03:15
 3   please swear in the witness.                             13:03:16
 4          THE REPORTER:  Raise your right hand,             13:03:18
 5   please.                                                  13:03:20
 6          Thank you.                                        13:03:21
 7                                                            13:03:21
 8             RODOLFO CESAR GRANADOS, JR.,                   13:03:21
 9   called as a witness by counsel for Plaintiffs, being     13:03:21
10   first duly sworn, testified as follows:                  13:03:21
11                                                            13:03:26
12          THE WITNESS:  I do.                               13:03:28
13          THE REPORTER:  Thank you.                         13:03:29
14          THE VIDEOGRAPHER:  Thank you.                     13:03:30
15          You may proceed.                                  13:03:31
16                                                            13:03:31
17                     EXAMINATION                            13:03:33
18   BY MR. GWILLIAM:                                         13:03:33
19      Q.  Mr. Gwilliam, will you state your full name       13:03:34
20   and address for the record, please.  Business address    13:03:36
21   is fine.                                                 13:03:40
22      A.  Yes, sir.  It is Rodolfo Cesar Granados,          13:03:40
23   Jr., and the address is 4833 Bernal Avenue,              13:03:46
24   Pleasanton, California 94566.                            13:03:47
25      Q.  Mr. Granados, have you ever had your              13:03:51
```

Page 5

| | | |
|---|---|---|
| 1 | BY MR. GWILLIAM: | 13:36:57 |
| 2 | Q.  When you say there were multiple | 13:36:58 |
| 3 | supervisors, what is your understanding of the role | 13:37:00 |
| 4 | of a supervisor in the same sense as the one that was | 13:37:03 |
| 5 | involved with Jacob Bauer? | 13:37:10 |
| 6 | A.  My understanding, a supervisor has several | 13:37:11 |
| 7 | responsibilities.  One, observation of the scene as | 13:37:14 |
| 8 | it unfolds.  It is a dynamic event.  Making sure that | 13:37:18 |
| 9 | everyone involved, including parties around us, the | 13:37:22 |
| 10 | officers and the subject we're contacting or subjects | 13:37:25 |
| 11 | we are contacting are safe; that the manner in which | 13:37:28 |
| 12 | the techniques that are being applied to restrain or | 13:37:31 |
| 13 | detain someone are appropriate; evaluate any other | 13:37:35 |
| 14 | additional needs, such as if someone did sustain an | 13:37:41 |
| 15 | injury, getting someone on scene to take care of | 13:37:44 |
| 16 | that, meaning medical staff; and then conducting | 13:37:47 |
| 17 | a continual evaluation of the event and make sure | 13:37:51 |
| 18 | that everything that is being done is appropriate. | 13:37:54 |
| 19 | Q.  Thank you. | 13:37:56 |
| 20 | And -- and you indicate that you thought | 13:37:57 |
| 21 | there were multiple supervisors who would each have | 13:37:58 |
| 22 | that -- the roles that you have nicely articulated | 13:38:01 |
| 23 | there; right? | 13:38:06 |
| 24 | A.  Yes. | 13:38:07 |
| 25 | Q.  Do you know who they were? | 13:38:07 |

```
 1   STATE OF CALIFORNIA )
                         ) ss.
 2   COUNTY OF KERN      )
 3
 4
 5            I, B. Suzanne Hull, a Certified Shorthand
 6   Reporter in the State of California, holding
 7   Certificate Number 13495, do hereby certify that
 8   RODOLFO CESAR GRANADOS, JR., the witness named in the
 9   foregoing deposition, was by me duly sworn; that said
10   deposition, was taken Monday, January 25, 2021,
11   at the time and place set forth on the first page
12   hereof.
13            That upon the taking of the deposition, the
14   words of the witness were written down by me in
15   stenotypy and thereafter transcribed by computer
16   under my supervision; that the foregoing is a true
17   and correct transcript of the testimony given by the
18   witness.
19            Pursuant to Federal Rule 30(e), transcript
20   review was requested.
21            I further certify that I am neither counsel
22   for nor in any way related to any party to said
23   action, nor in any way interested in the result or
24   outcome thereof.
25   ///
```

Page 68

```
 1          Dated this 28th day of January, 2021, at
 2    Bakersfield, California.
 3                    [signature]
 4              B. Suzanne Hull, CSR No. 13495
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```