EXHIBIT O-42

**Alameda County Sheriff's Office**
Coroner's Bureau
2901 Peralta Oaks Court, 2nd Floor, Oakland, CA 94605-5319

**Gregory J. Ahern, Sheriff**
Director of Emergency Services
Coroner - Marshal

MEMORANDUM

DATE:     August 2, 2018

FROM:     Michael Joseph Ferenc, M.D.

TO:       Case File 2018-02388

SUBJECT:  AUTOPSY PROTOCOL

An autopsy was performed on the body of Jacob John Bauer at the Coroner's Bureau, 2901 Peralta Oaks Court, Oakland, California, on August 2, 2018, at about 9:15 a.m.

FINDINGS

1) INJURIES
   A. HEAD AND NECK
      1. EXTERNAL ABRASIONS TO HEAD
      2. CONJUNCTIVAL PETECHIAE
      3. NO INTERNAL HEAD OR NECK INJURIES
   B. TORSO
      1. MINOR EXTERNAL INJURIES
      2. CONTUSIONS TO ANTERIOR FATTY TISSUES
      3. CONTUSIONS TO FAT AND MUSCLE OF BACK
      4. TASER-TYPE BARBS EMBEDDED IN LEFT ABDOMEN
      5. NO INJURIES TO THORACO-ABDOMINAL ORGANS
   C. LIMBS
      1. ABRASIONS AND CONTUSIONS TO WRISTS
      2. OTHER ABRASIONS AND CONTUSIONS TO ARMS.

2) OBESITY (BMI 40.5).

3) CARDIAC HYPERTROPHY AND DILATATION.

4) FOAM IN BRONCHI.

5) PULMONARY CONGESTION, SLIGHT.

6) ENLARGED LIVER AND SPLEEN.

7) TOXICOLOGY (CVT-18-10193)

EXHIBIT 42

Sheriff-Coroner
Alameda County                                    Body of JACOB JOHN BAUER

     A. TOXICOLOGY ON FEMORAL BLOOD
        1. METHAMPHETAMINE 0.42 MG/L
        2. AMPHETAMINE 0.04 MG/L
        3. NO OTHER SUBSTANCES OR ALCOHOL DETECTED*.
     B. VITREOUS HUMOR CHEMISTRY PANEL IS NON-CONTRIBUTORY.

8) HISTOLOGY
     A. PULMONARY CONGESTION
     B. FOCAL SLIGHT INTRA-ALVEOLAR HEMORRHAGE
     C. SLIGHT HEPATIC STEATOSIS
     D. HEPATIC FIBROSIS.

CAUSE OF DEATH: ACUTE METHAMPHETAMINE TOXICITY.
                Other conditions: PROBABLE MECHANICAL ASPHYXIA WHILE BEING PLACED IN RESTRAINT DEVICE BY POLICE; CARDIAC HYPERTROPHY; MORBID OBESITY.

*Note: Mr. Bauer was given 4 mg of Midazolam as an intramuscular (IM) injection in his right upper arm. IM absorption is slower than intravenous injection; however, with an intact circulatory system I would have expected at least a trace amount of the drug to be found in his postmortem blood (I had our toxicologist recheck their data, and they confirm no Midazolam was found.) Its absence suggests to me that his circulatory system already had collapsed or was the process of collapsing when the dose was administered.

cc: District Attorney
    Investigation's Bureau

PPD000197