EXHIBIT P

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      ---o0o---

4    JOHN BAUER, an
     individual and as

5    Successor in Interest of
     Jacob Bauer, deceased;        No. 3:19-cv-04593-LB

6    ROSE BAUER, an
     individual and as

7    Successor in Interest of
     Jacob Bauer, deceased,

8
        Plaintiffs,

9    vs.

10   CITY OF PLEASANTON;
     BRADLEE MIDDLETON;

11   JONATHAN CHIN; RICHARD
     TROVAO; STEVEN BENNETT;

12   ALEX KOUMISS; JASON
     KNIGHT; MARTY BILLDT;

13   DAVID SPILLER, and DOES
     1 to 50, inclusive,

14
        Defendants.

15   _____/

16

17      REMOTE VIDEOTAPED DEPOSITION OF SERGEANT ERIC GORA

18              CONFIDENTIAL TRANSCRIPT

19

20         Taken before ERIN F. ROBINSON, RPR, CRR

21                  CSR NO. 12199

22                January 26, 2021

23

24

25

                                              Page 1

CONFIDENTIAL

1                          INDEX

2
                                                    PAGE
3
     EXAMINATION BY MS. WALKER                          5
4

5

6                          EXHIBITS

7                                                   PAGE

8    Exhibit 38     Administrative Review of Incident    22

9    Exhibit 39     Trovao Tase Video                   133

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Aiken Welch, A Veritext Company
510-451-1580

```
 1           REMOTE DEPOSITION OF SERGEANT ERIC GORA

 2

 3        BE IT REMEMBERED, that pursuant to Notice, and on

 4    the 26th day of January, 2021, commencing at the hour

 5    of 10:19 a.m., before me, ERIN F. ROBINSON, a

 6    California Certified Shorthand Reporter, SERGEANT ERIC

 7    GORA was present remotely in Sacramento, California,

 8    produced as a witness in said action, and being by me

 9    first duly sworn, was thereupon examined as a witness

10    in said cause.

11

12                      ---o0o---

13    APPEARANCES (All counsel appeared remotely):

14    For the Plaintiffs:

15       JAYME WALKER
         GARY GWILLIAM
16       BRITTANY SMITH
         Gwilliam, Ivary, Chiosso, Cavalli & Brewer
17       1999 Harrison Street, Suite 1600
         Oakland, California 94612
18       (510) 832-5411
         jwalker@giccb.com
19

      For the Defendants:
20
         NOAH BLECHMAN
21       McNamara, Ney, Beatty, Slattery, Borges & Ambacher
         3480 Buskirk Avenue, Suite 250
22       Pleasant Hill, California 94523
         (925) 939-5330
23       noah.blechman@mcnamaralaw.com
24    Also Present:
25       TED HOPPE, Videographer
```

Page  3

CONFIDENTIAL

```
 1              P R O C E E D I N G S

 2          Tuesday, January 26, 2021 - 10:19 a.m.

 3                    ---oOo---

 4          THE VIDEOGRAPHER:  Good morning.  We're

 5   going on the record.  The time now is 10:19, on      10:19

 6   January 26th, 2021.

 7          This is media unit 1 in the video-recorded

 8   deposition of Sergeant Eric Gora in the matter of

 9   John Bauer, et al., versus City of Pleasanton, et

10   al, filed in the United States District Court,       10:20

11   San Francisco Division, 3:19-CV-04593.

12          This video deposition is being held

13   remotely, services provided by Veritext Legal

14   Solutions.  My name is Ted Hoppe from the firm

15   Veritext.  I'm the videographer.  The court          10:20

16   reporter today is Erin Robinson.

17          Counsel, could you please voice identify

18   yourselves for the record.

19          MS. WALKER:  Jayme Walker for the

20   plaintiffs.                                           10:20

21          MR. BLECHMAN:  Noah Blechman on behalf of

22   the defendants.

23          THE VIDEOGRAPHER:  Will all others please

24   identify themselves.

25          MS. WALKER:  I'm also here with Gary          10:20
```

Page 4

CONFIDENTIAL

1   Gwilliam, my partner, and Brittany Smith, my

2   associate.

3           THE VIDEOGRAPHER:  Thank you.  Erin, could

4   you please swear the witness in.

5                   SERGEANT ERIC GORA,              10:21

6               sworn as a witness,

7               testified as follows:

8                   EXAMINATION

9   BY MS. WALKER:

10      Q.  Good morning, Sergeant Gora.           10:21

11      A.  Good morning.

12      Q.  Could you state your full name for the

13  record, please?

14      A.  My first name is Eric, last name is Gora,

15  G-o-r-a.                                       10:21

16      Q.  Have you ever had your deposition taken

17  before?

18      A.  Yes, ma'am.

19      Q.  How many times?

20      A.  One time.                              10:21

21      Q.  In what context?  Was that in your context

22  as an officer for the Pleasanton Police

23  Department?

24      A.  Yes, ma'am.

25      Q.  And what was the case that your deposition 10:21

Page 5



Page 25



Page 26



Aiken Welch, A Veritext Company
510-451-1580



Page 46

CONFIDENTIAL



Page 50

CONFIDENTIAL



Page 68



Page 93



Page 94



Page 99



Page 100

CONFIDENTIAL



Page 101

CONFIDENTIAL



Aiken Welch, A Veritext Company
510-451-1580



Page 110

CONFIDENTIAL



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 111



Page 122

CONFIDENTIAL



Page 128

1          REPORTER'S CERTIFICATE

2

3          I, ERIN F. ROBINSON, a Shorthand Reporter, State

4     of California, do hereby certify:

5          That SERGEANT ERIC GORA, in the foregoing

6     deposition named, was present and by me sworn as a

7     witness in the above-entitled action at the time and

8     place therein specified;

9          That said deposition was taken before me at said

10    time and place, and was taken down in shorthand by me,

11    a Certified Shorthand Reporter of the State of

12    California, and was thereafter transcribed into

13    typewriting, and that the foregoing transcript

14    constitutes a full, true and correct report of said

15    deposition and of the proceedings that took place;

16         IN WITNESS WHEREOF, I have hereunder subscribed my

17    hand this 29th day of January 2021.

18

19

20

21                    *Erin F. Robinson*

22

                  ERIN F. ROBINSON, CSR NO. 12199

23                State of California

24

25

                                        Page 135