EXHIBIT R

# Robert J. McFarlane
Forensic Image Analysis

1001 Broadway, Suite 204
Jackson, CA 95642                                                                                       Robert@McFarlaneFVA.com
925.655.8433

February 16, 2021

McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP
Mr. Noah G. Blechman, Esq.
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523

Re: <u>Jacob Bauer, Deceased, et al. v. City of Pleasanton, et al.</u>

## Summary Report of Audio/Video Evidence Examination

In May 2020, I received the following materials from your office:

- Fifteen Pleasanton Police body camera recordings relative to the detention of Jacob Bauer in the 100 block of Mission Drive in Pleasanton, CA on the afternoon of August 1, 2018.

- One bystander cell phone video recording

- Contra Costa County District Attorney's Investigation Report

- Pleasanton Police Report 18-30256

- Pleasanton Police Radio Traffic Audio

- Pleasanton Police Radio Traffic Transcript

- Contra Costa County Coroner's Autopsy Protocol #2018-02388

- Amended Complaint – USDC Case 4:19-cv-04593-SBA

- Initial Joint Case Management Conference Statement – USDC Case 4:19-cv-04593-SBA

- One-page document listing body camera assignments

In December 2020, I received the following materials from your office:

- Second Amended Complaint

1

# Robert J. McFarlane
## Forensic Image Analysis

### Introduction

I was requested by Attorney Noah G. Blechman to examine the Pleasanton Police body camera audio/video recordings and one bystander cell phone audio/video recording relative to the physical confrontation which occurred during the detention and handcuffing of Jacob Bauer on August 1, 2018. Mr. Blechman further requested that I separately examine the videos of the post-handcuffing time period during which medical intervention measures were undertaken prior to Mr. Bauer's transport from the scene by ambulance.

In particular, it was requested that I synchronize multi-camera views of the relevant audio and video tracks in a format to assist the viewer in analyzing these events.

### Scope of Examination

The scope of this analysis focuses primarily on the events recorded between 14:51:00 and 16:27:00, (02:51:00 p.m. to 04:27:00 p.m.), as measured on both the bystander cell phone camera and body camera clocks.[1] The BWC (body worn camera) recordings relevant to this examination were from the following Pleasanton PD personnel: Sgts. Sarasua, Billdt, Knight, Officers Trovao, Chin, Middleton, Palmquist, Granados, Socha, Koumiss, Lashley, Bennett and Lengal. The cell phone video recording was captured by Mr. Blake Gibson, an employee of SpeeDee Oil Changers.[2]

### Technical Characteristics of the Multi-Media Evidence

The BWC videos were recorded on Taser-Axon Body 2 model AX1001 body cameras. The recorded images are of 1280 x 720 pixels resolution, MPEG-4 encoding, with variable frame rates averaging at about 29.97 frames per second. An audio track is present. The OSD (on-screen display) time stamp is in the UTC 24-hour format HH:MM:SS (hours:minutes:seconds).

The bystander video was recorded on a cell phone camera across the street from the detention scene. The recorded images are of 1920 x 1080 pixels resolution, MPEG-4 encoding, with a fixed frame rate averaging at about 30 frames per second. An audio track is present.

### Audio/Video Synchronization Methodology

**MATRIX PART 1:** Detention through completion of handcuffing: 14:50:40 to 15:10:57

The eight component videos are displayed in a 2x3 matrix composed of the body cameras of Officers Middleton, Chin, Bennett, Trovao, Lengal, Lashley, Sgt's. Billdt and Knight. The BWCs run continuously with on-screen displays of date, H:M:S.ms time, as well as a relative frame number (RFN) counter for reference purposes. At the lower left corner of each video

---

[1] The timestamps on the body camera recordings reflect time in UTC (Universal Time Code) which reflects PST (Pacific Standard Time) minus seven hours. The bystander cell phone recording metadata reflects approximately the same time memorialized in the video metadata as the BWC on-screen display.
[2] Refer to attachment Video Evidence Source Documents.

**Robert J. McFarlane**
Forensic Image Analysis

image the name of the officer assigned that particular body camera is displayed in green font. The nature of the erratic movements of body-worn cameras during dynamic events can make synchronization by visual content alone a challenging task. For that reason, the primary metric of synchronization was the BWC audio data. The resulting demonstrative audio/video exhibit, MATRIX PART 1, yields a continuous synchronized audio record[3], in conjunction with synchronized video as available[4]

The body camera recordings were of adequate quality and required no image processing to improve clarity and visibility at this stage. The size of each video was adjusted from 1280 x 720 pixels to 848 x 480 pixels for the purpose of creating a video matrix that would fit proportionately onto a screen for viewing. The overall size of MATRIX PART 1 is 2254 x 962 pixels. The original aspect ratio of each BWC (16:9) was maintained as well. There are no conflicts for on-screen display due to temporal constraints.

**Matrix Part 1 With Bystander Video**: Detention through end of bystander video: 14:50:40 to15:07:40

The three-component video are displayed in a duplex format made up of Officers Middleton and Chin BWC recordings on one half and the bystander cell phone video recording on the other half. The size of each BWC video was adjusted from 1280 x 720 pixels to 848 x 480 pixels for the purpose of creating a video matrix that would fit proportionately onto a screen for viewing alongside the bystander video which is 1920 x 1080 pixels. The bystander video was adjusted from its original size to 848 x 962 pixels in order to be inserted and played on the screen adjacent to the BWC videos. The original aspect ratio of each BWC (16:9) and the aspect ratio of the bystander video (16:9); however, the bystander video is displayed in a vertical position with 16 representing the height and 9 the width. There are no conflicts for on-screen display due to temporal constraints.

The primary metric of synchronization was the BWC audio data. The resulting demonstrative audio/video exhibit, MATRIX PART 1 With Bystander Video, yields a continuous synchronized audio record, in conjunction with synchronized video as available.

**MATRIX PART 2**: Handcuffing through medical intervention measures: 15:10:35 to15:27:41

Again, there are six component audio/video recordings for this particular synchronization exhibit: Officers Socha, Palmquist, Trovao, Sarasua, Granados and Koumiss. However, at any given time there are four or fewer which play concurrently. Furthermore, there are no conflicts for on-screen display due to temporal constraints.

---

[3] The Axon Body 2 camera offers a 30 second pre-record video buffer. In plain language, this means that an operational camera continuously records and preserves 30 seconds of the most recent video without manual activation. However, if an officer manually activates the body camera, the resulting recording will include video of the 30 seconds prior to activation. There is no audio preserved in the pre-record buffer. For that reason, the audio begins about 30 seconds after we first see the Middleton body camera video on screen.
[4] Shortly after Officers Middleton and Chin began to detain the Decedent, Middleton's BWC fell to the ground while continuing to record audio and video. Although Middleton's BWC continued to record, the video portion only captured blades of grass and for this reason Bennett's BWC was placed as an overlay onto the Middleton position in the matrix. At RFN 28,992 Middleton is observed in the Bennett BWC bending down to retrieve his BWC and pace it back on his shirt. Once the BWC is secured by Middleton, his video recording comes back on as an overlay.

# Robert J. McFarlane
**Forensic Image Analysis**

For purposes of context and continuity, the synchronized MATRIX PART 2 view begins at 15:10:35.520, which gives about a 22 second overlap from the end of the MATRIX PART 1 exhibit. The synchronization methodology is again based on audio synchronization as described above. The on-screen H:M:S.ms time display is carried forward from the MATRIX PART 1 exhibit. For purposes of reference, each synchronized frame of all three exhibits is numbered with frame reference numbers on screen. The primary metric of synchronization was the BWC audio data. The resulting demonstrative audio/video exhibit, MATRIX PART 2, exhibits yield a continuous synchronized audio record, in conjunction with synchronized video as available.

<u>Salient Audio-Video Event Chronology Detention</u>

### MATRIX PART 1 & MATRIX PART 1 WITH BYSTANDER VIDEO

| Time | Sync Image No.[5] (RFN) | Event[6] |
|---|---|---|
| 14:56:06.181 | 9748[7] | • **Middleton:** "Hey, do me a favor". |
| 14:56:08.850 | 9828 | Chin places hands on Bauer's right forearm and wrist while Middleton places right hand on Bauer's left elbow area |
| 14:56:09.684 | 9853 | • **Bauer:** "Whoa. Whoa. Whoa whoa whoa whoa whoa".<br>• **Middleton:** "Do me a favor right now. You're just going to be detained, okay? Until we figure out what's going on. Alright?"<br>• **Bauer:** [unintelligible] |
| 14:56:10.018 | 9863 | Middleton places right hand on Bauer's left upper arm, triceps area |

---

[5] **MARTIX PART 1 With Bystander Video** frame numbers correlate directly with frame numbers in the **MATRIX PART 1** exhibit
[6] The commands by the officers for Bauer to relax, calm down, stop resisting, as well as other statements made by officers to obtain compliance from Bauer continued throughout the handcuffing. Not all statements made were quoted as this is only a reflection of the salient chronology and not a complete transcript.
[7] When statements are quoted in this report, the RFN listed represents the approximate time and frame when the speaking begins

4

# Robert J. McFarlane
**Forensic Image Analysis**

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 14:56:12.754 | 9945 | • **Middleton:** "Calm down. Hold on. Calm down"<br>• **Bauer:** "What - - what's relax?"<br>• **Chin:** "Calm down. Calm down. Just relax. Relax".<br>• **Middleton:** "Calm down. Jacob, calm down. Jacob, calm down". |
| 14:56:20.495 | 10177 | • **Bauer:** "Am I free to go?"<br>• **Chin:** "No, you're not free to go."<br>• **Middleton:** "Calm down. Jacob, Jacob, calm down". |
| 14:56:27.702 | 10393 | • **Middleton:** "Jacob, calm down."<br>• **Bauer:** "I'm not doing anything".<br>• **Middleton:** "Calm down". |
| 14:56:29.203 | 10438 | • **Bauer:** "I'm literally not doing anything".<br>• **Middleton:** "Put your arm behind your back".<br>• **Bauer:** "What are you doing?"<br>• **Middleton:** "Get your arm behind your back".<br>• **Bauer:** "What are you doing?"<br>• **Middleton**: "Jacob, get your arm behind your back".<br>• **Bauer:** "What [unintelligible] are you doing?"<br>• **Middleton:** "Jacob - - " |
| 14:56:41.482 | 10807 | Chin raises right leg upward and behind Bauer's right leg. |
| 14:56:41.549 | 10808 | Bauer's right hand clinched in a fist |
| 14:56:42.383 | 10833 | Middleton's BWC falls off his body onto the ground |
| 14:56:43.050 | 10853 | • **Bauer:** "What are you doing?" |
| 14:56:45.252 | 10919 | • **Chin:** "Like I said, just listen, okay?" |
| 14:56:48:898 | 11031 | • **Chin:** "Put your arm behind your back".<br>• **Bauer:** "I can't put my arm behind my back". |

5

**Robert J. McFarlane**
Forensic Image Analysis

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 14:56:06.172 | 11620 | Chin secured a handcuff on Bauer's right wrist |
| 14:57:25.424 | 12123 | • **Chin:** "King twenty-two send two units". |
| 14:57:31.397 | 12302 | Civilian cell phone video recording activation |
| 14:57:40.372 | 12571 | While lying on the grass, Bauer raises left leg over Chin's left side contacting Chin in his upper, left, arm area as Chin is announcing his location over the police radio. Continuous commands are given to Bauer to "stop resisting" throughout the handcuffing attempt |
| 14:57:55.954 | 12038 | Middleton grapples with Bauer's right arm as Bauer rolls to his back and Middleton loses his hold. Chin also loses his hold on Bauer's left arm |
| 14:57:59.924 | 13157 | Bauer on his back, fists clenched, strikes upward toward Chin's left forearm with his right fist. Bauer then strikes upward toward Chin's chest with is left fist and then again with the right |
| 14:50:01.225 | 13196 | Middleton cross-draws his TASER from the left side of his gun belt with his right hand |
| 14:58:01.893 | 13216 | Bauer sits up |
| 14:58:02.694 | 13240 | • **Middleton**: "You're going to get TASED". |
| 14:58:07.265 | 13377 | • **Middleton**: "TASER, TASER, TASER". |
| 14:58:07.665 | 13389 | Bauer reaches upward toward Middleton's TASER with his left hand. Middleton pulls the TASER upward and away from Bauer's reach |
| 14:58:10.801 | 13483 | Audible clicking sound from TASER can be heard. |
| 14:58:15.806 | 13633 | Middleton stands |
| 14:58:17.708 | 13745 | Commands are continually given to Bauer to "roll over" as Bauer yells and flails his arms, hands and legs |
| 14:58:19.543 | 13745 | • **Middleton**: "Drive stun". |
| 14:58:20.811 | 13783 | Middleton's TASER (in his right hand) is pressed against Bauer's left shoulder area. Audible clicking heard |

6

## Robert J. McFarlane
**Forensic Image Analysis**

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 14:58:31.355 | 14099 | **Bennet** arrives on scene and steps off his motorcycle |
| 14:58:40.830 | 14383 | **Koumiss** arrives on scene in a patrol vehicle. |
| 14:58:54.110 | 14781 | **Trovao** and **Granados** arrive on scene and exit their respective patrol vehicles |
| 14:58:54.444 | 14791 | **Lashley** and **Sergeant Knight** arrive on scene and exit their respective patrol vehicles. |
| 14:59:00.082 | 14960 | **Billdt** arrives on scene and exits patrol vehicle |
| 14:59:36.217 | 16043 | **Lashley**: "Do we need a TASER?" <br> **Officer:** "No. No effect". |
| 15:00:02.242 | 16823 | **Trovao** inserts collapsible baton in between Bauer's left, upper, arm and side. **Koumiss** does the same as several commands are given for Bauer to "give up (his) arm" continue throughout the handcuffing attempt |
| 15:00:13.553 | 17162 | **Lengal** arrives on scene and exits his patrol vehicle |
| 15:00:25.798 | 17529 | **Koumiss** places his right foot on Bauer's buttocks/hip area and applies downward pressure for three seconds while continued commands are given in a clear voice for Bauer to "stop resisting", "stop fighting" and to put his hands behind his back". |
| 15:00:55.561 | 18421 | **Unknown male officer:** "Sarge, you got a wrap in your car?" |
| 15:01:10.008 | 18854 | **Billdt** removes a WRAP device from the rear of his patrol vehicle |
| 15:01:11.176 | 18950 | **Unknown officer:** "Did you get a cuff on the other hand?" <br> **Unknown officer:** "It's on". <br> **Unknown officer:** "Both hands are cuffed". <br> **Unknown officer:** "Are they on?" <br> **Unknown officer:** "Yep. They're on". |
| 15:02:00.757 | 20375 | **Radio traffic**: "Sam-10, cuffs are, he's detained, we're working on a WRAP". Dispatch acknowledged |

7

## Robert J. McFarlane
**Forensic Image Analysis**

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 15:02:28.016 | 21132 | WRAP application begins at Bauer's legs as Bauer makes continuous statements yelling for "Mister Trump" and making other statements such as, "They are trying to kill me". "I'm being set up", "Momma kill me", "Get your dick out of my ass", "I can't breathe", "They're fucking me in the ass", "Kill me. Kill me. Kill me. Kill me please. Kill me", among others, while the WRAP is being applied. |
| 15:02:13.069 | 20744 | **Radio traffic:** "Sam-10, go ahead and start medical". Dispatch acknowledged |
| 15:03:03.551 | 22257 | **Radio traffic:** "Sam-10, fire's en route". "10-4". |
| 15:07:39.984 | 30542 | Bystander cell phone video recording ends |
| 15:07:44.689 | 30683 | MATRIX PART 1 WITH BYSTANDER VIDEO end |
| 15:10:31.083 | 35570 | WRAP application complete |
| 15:10:35.487 | 35802 | All police personnel on scene stand up and step away from Bauer with the exception of Chin who is kneeling next to Bauer's legs, on Bauer's right side. Bauer continues to yell for Mr. Trump, claims he is being raped and making unintelligible statements while yelling and screaming |
| 15:10:57 |  | MATRIX PART 1 end |

### MATRIX PART 2

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 15:10:35.520 | 1 | MATRIX PART 2 begins. Bauer continues making loud statements such as, "Mister Trump they are trying to kill me. They're trying to murder me. There is blood all over the place." "I'm being set up." "You're suffocating me." "Mr. Trump. Mr. Trump". |

8

# Robert J. McFarlane
**Forensic Image Analysis**

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 15:11:59.001 | 2503 | Fire personnel arrive across the street from the incident. |
| 15:12:02.170 | 2598 | **Palmquist** meets with fire personnel as they slow the fire engine to a stop and directs them to respond across the street for Bauer. |
| 15:12:14.149 | 2957 | **Palmquist** give fire personnel a brief summary of Bauer's condition as they exit the fire engine and walk toward the incident scene. Bauer continues yelling, "Mr. Trump, please take it out of my ass" several times. |
| 15:12:57.958 | 4270 | One firefighter places a bag to the right of Bauer and stands while observing the officers and Bauer. |
| 15:13:33.659 | 5340 | Bauer still yelling, "Ow, my ass. I am the best. Kill me. Kill me. Kill me. I am the best. I am the best. "Up my asshole" Kill me. Kill me. Kill me, please". |
| 15:14:32.249 | 7096 | • **Officer:** "Just calm down, man. Just calm down. You can breathe. That's why you're yelling still, okay? Just try and relax". |
| 15:14:48:831 | 7593 | • **Sarasua**: "What is your name?"<br>• **Bauer**: "Jacob"<br>• **Sarasua**:" Jacob?"<br>• **Bauer**: "Yes".<br>• **Sarasua**: "What's your last name?"<br>• **Bauer**: [unintelligible]<br>• **Sarasua**: "Oh, okay. Bauer". |
| 15:15:28.670 | 8787 | Sarasua tells Bauer he needs to be cooperative and explains the process for medical attention. Bauer acknowledges and agrees to cooperate and calm down. |
| 15:15:46.454 | 9320 | • **Sarasua**: "What's your birth date?"<br>• **Bauer**: [unintelligible]<br>• **Sarasua**: "I'm sorry. What is it?"<br>• **Bauer**: [unintelligible]<br>• **Sarasua**: "Six, eight of eighty?" |

# Robert J. McFarlane
## Forensic Image Analysis

| Time | Sync Image No. (RFN) | Event |
|---|---|---|
| 15:18:44.626 | 14660 | Socha searches Bauer's pants pockets and removes items |
| 15:19:00.007 | 15121 | Medical personnel hold a syringe in one hand and wipe Bauer's right shoulder with a cloth |
| 15:19:07.648 | 15350 | Medical personnel use a needle and syringe to inject a substance into Bauer's right shoulder |
| 15:22:09.790 | 20809 | Officers affix restraint straps to Bauer's right and left wrists |
| 15:22:31.078 | 21447 | Officers lift Bauer onto a gurney |
| 15:23:17.689 | 22844 | Trovao removes handcuff from Bauer's left wrist |
| 15:25:38.158 | 27054 | Trovao removes handcuff from Bauer's right hand after Bauer was secured on the gurney with straps |
| 15:25:48.035 | 27350 | Trovao BWC deactivated |
| 15:26:57.135 | 29421 | Socha BWC deactivated |
| 15:27:31.902 | 30463 | Granados BWC deactivated |
| 15:27:35.905 | 30583 | Koumiss BWC deactivated |
| 15:27:36.873 | 30612 | Sarasua BWC deactivated |
| 15:27:47.884 | 30942 | MATRIX PART 2 end[8] |

Robert McFarlane, CFVT

February 18, 2021

---

[8] See PPD 388 (Palmquist video) for transport of Bauer to the Hospital and subsequent video memorialized in the hospital by Palmquist's BWC which recorded until 15:59:55 PST

10

## Robert J. McFarlane
**Forensic Image Analysis**

Attachments

- Print Documents:                 CV of Robert McFarlane
  Fee Schedule
  Summary Report of Audio/Video Evidence Exam

- <u>USB Flash Drive</u>

    Video Exhibits:                 MATRIX PART 1
    MATRIX PART 1 With Bystander Video
    MATRIX PART 2

    Text Documents:                 CV of Robert McFarlane
    Fee Schedule
    Summary Report of Audio/Video Evidence Exam
    Video Evidence Source Documents
    PPD 223 – Radio Traffic

    Evidence Videos:                (as listed in Video Evidence Source Documents)

    Folder: SOURCE VIDEOS (BWCs)
    SOURCE VIDEO BYSTANDER CELL PHONE

# Robert McFarlane
## Forensic Video Analysis

Robert McFarlane, CFVT  
1001 Broadway, Suite 204  
Jackson, CA 95642

925-655-8433  
Robert@McFarlaneFVA.com

**EMPLOYMENT HISTORY**

**Forensic Video Analyst**  
McFarlane FVA  
Jackson, CA  
2019-present

- Forensic video analysis
- Media conversions
- Still-frame video capture
- Photo and video clarification
- Video slow motion, spotlighting, time and frame counters
- Production of color photo exhibits/prints/enlargements
- Production of custom annotated photo/video trial exhibits
- Case and/or trial preparation meetings and consultation
- Audio analysis
- Report Writing

**Investigator, Video Technician, Video Analyst, Litigation Support**  
Rains Lucia Stern St. Phalle & Silver, PC  
Pleasant Hill, CA  
2009-2019

- Witness location and interview
- Litigation support
- Investigations
- Forensic Video Technician and Analyst as stated above

**Security Company Entrepreneur**  
Camden Security Services  
Sacramento, CA  
March 2017-July 2018

- Create startup security for grocery store and retail clients throughout the SF Bay Area
- Proposals and contracts
- Human Resources
- Copywriting

**Real Estate Appraiser**  
Apex Appraisals  
2490 Ascension Drive

San Ramon, CA 94583
2004-2009

- Inspect homes, CAD drawings of interior/exterior of homes, conduct real estate market analysis and provide an unbiased opinion of value for mortgage lending purposes
- Train new appraisers
- Conduct appraisal report review for lenders

**Police Officer/Investigator**
Oakland Police Department
Oakland, CA 64607
1992-2004

- Community Policing, street level drug enforcement duties, search warrant preparation and service, surveillance, and informant management
- Tactical Team Member – Entry Team
- Vice Narcotics investigator. Conducted complex criminal investigations ranging from drug trafficking, gangs, identity theft, and welfare fraud to homicide. Investigations included but were not limited to copious notes detailing surveillance, informant management, undercover drug buy operations, suspect/witness interviews and video surveillance
- Beat Health Unit. Assist Oakland City Attorney's office with blight issues involving abandoned properties used for illicit activity. Assist in case preparation and property seizure process
- General Law enforcement patrol officer duties

**Staff Sergeant**
United States Air Force
Worldwide
1984-1992

- Weapons Systems Security Supervisor
- General USAF Security Specialist duties including law enforcement

**ACADEMIC BACKGROUND**

**Bachelor of Science Degree**
Major in Criminal Justice Management
Union Institute and University
Cincinnati, OH 45206

**Processing Digital Multimedia Evidence (DME) – Level 2**
Law Enforcement and Emergency Services Video Analyst Association, International ("LEVA")
Online CVFT (Certified Forensic Video Technician) Course
January 25-29, 2021

- Proper handling and processing of DME
- Best practices for DME processing
- Ethics
- Principles of CCTV systems

2

McFarlane FVA

- Data authentication and verification
- Audio theory
- Audio processing with Adobe Audition
- Digital image clarification
- Infrared light
- The scientific method
- Workflow and interrogation of DME
- Legal issues with digital video
- Problem solving with software tools
- Digital image authentication and tampering

**Forensic Video Analysis and the Law – Level 1**
LEVA
Online
January 11-15, 2021

- Introduction to digital video
- Best practices for extraction of digital multi-media evidence ("DME")
- Compression theory
- Authentication and integrity verification
- File formats, CODECS, and containers
- Report writing
- Time calibration
- Freeware tools and consumer software tools
- Digital video concerns
- Media storage devices
- Ethics

**International Association for Identification ("IAI") Training Conference**
San Antonino, TX
July 29-August 3, 2018

- Digital camera basics workshop
- Using forensic light sources
- Photographing crime scenes
- Photographic comparison
- Painting with Light
- Standing on the cutting edge of forensics, taking steps towards the future
- Alternate light source and photography
- Digital video file playback using open source

**Forensic Video Analysis and the Law – Level 1**
LEVA
Indianapolis, IN
March 14-18, 2016

- Introduction to forensic video analysis
- Principles of CCTV (closed circuit television) systems
- Non-linear video editing
- Compression theory
- Authentication and integrity verification
- File formats, CODECS, and containers
- Freeware tools and consumer software tools
- Hashing (digital signatures)
- FVA workflow
- Adobe photoshop
- Ethics

**PREVIOUS COURT EXPERIENCE**

*State of California v. Iyesia James*
County of Solano Case No. FCR 339865
November 25, 2019
Testified in the field of forensic video analysis

*State of California v. Bradly Alford*
County of Placer Case No. 62-155251
May 7, 2018
Testified in the field of forensic video analysis – five-video and audio synchronized matrix created

**EXPERT EVIDENCE ACCEPTED WITHOUT TESTIMONY**

*State of Arizona v. Nathan Chisler*
County of Maricopa Case No. CR2020-000275-001
December 11, 2020
Provided numerous exhibits including duplex and fourplex audio/video synchronization

*State of Arizona v. Gregory Mack et al.*
County of Mohave Case No. CT2020-190527
March 4, 2020
Provided numerous exhibits including duplex audio/video synchronized duplex

**FVA CONSULTATION**

Arbitrations/Personnel Board Hearings
California
January 2016-present (thirteen hearings)
Testified in the field of forensic video technical and analysis

**INSTRUCTIONAL EXPERIENCE**

International Law Enforcement Auditor's Association
Virtual Event
November 12, 2020

- I participated as the FVA expert on a panel of three police practices and human factors experts

Napa Valley College
Napa, California
Adjunct Instructor
August 2017-January 2018

- Introduction into investigations

Rains Lucia Stern St. Phalle & Silver, PC
Newport Beach Symposium
June 2019

- One-hour course in technical aspects of video

**PROFESSIONAL ASSOCIATION MEMBERSHIPS**

IAI lifetime member
2017-present

LEVA member
2020-Present

LEVA member
2016-2017

**CERTIFICATIONS**

Certified Forensic Video Technician
Exp. January 31, 2024

California Peace Officer Standard and Training ("POST") Advanced Certificate
Exp. March 1, 2017

# Robert McFarlane
Forensic Image Analysis

### Messing Adam & Jasmine - Fee Schedule
(effective 2/12021)

Forensic Imaging:

- Forensic image analysis
- Media conversions
- Still-frame video capture
- Photo and video clarification
- Video slow motion, spotlighting, time and frame counters
- Production of color photo exhibits/prints/enlargements
- Production of custom annotated photo/video trial exhibits
- Case and/or trial preparation meetings and consultation
- Reverse Projection/Photogrammetry
- Analysis and Report Writing

$ 200.00 per hour

- Deposition and Trial Testimony

$ 250.00 per hour

Expenses:

- Personal automobile travel             $    .50 per mile
- Air travel, car rental, meals and lodging    Billed at Cost
- Miscellaneous expenses                 Billed at Cost

Terms:

- Travel time is billed at half rate plus expenses.

- In addition to travel time, professional services rendered at locales requiring an overnight stay or exceeding 150 miles one-way travel are billed at either $800.00 per 4 hour minimum or $1,600.00 per diem up to 8 hours, plus $200.00 per hour thereafter.

- Payment in full is due within 30 days of invoice date. Further professional services, including consultation, the delivery of reports, exhibits, documents or other work product will not be rendered on past due accounts.

**Engagement in Accordance with Terms:**

If you understand and agree to these terms, please sign and date a copy of this document and return it via email or US Mail in order to engage my services in the matter of:

_____

_____     _____     _____
          Signature                          Title                Date