EXHIBIT R-1

MCFARLANE MATRIX 2

SEE FLASHDRIVE