J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
       jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No.: 3:19-cv-04593-LB<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER]<br><br>**PLAINTIFFS JOHN AND ROSE BAUER'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS JOHN AND ROSE BAUER'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT**<br>Date: April 22, 2021<br>Time: 9:30 a.m.<br>Dept.: Courtroom B – 15th Floor (San Francisco)<br>Judge: Hon. Laurel Beeler<br><br>Trial Date: July 19, 2021<br>Date Removed: August 7, 2019<br>Complaint Filed: June 20, 2019 |

# ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff hereby files an administrative motion in order to file documents that are part of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment and have previously been designated by Defendants City of Pleasanton et al as confidential

This motion is made pursuant to Federal Rule of Civil Procedure, rule 5.2 and Civil Local Rules, rule 79-5 in order to file under seal documents and portions of depositions that Defendants have designated as confidential pursuant to Stipulated Protective Order, ECF 23.

Pursuant to Local Rule 79-5(d), Defendants must file a declaration **declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.**

**If Defendants take no action in response to this Administrative Motion to File Under Seal, and the Administrative Motion is denied, the document may be made part of the public record no earlier than 4 days, and no later than 10 days, after the motion is denied**

This motion is based upon this Notice; the attached Memorandum of Points and Authorities; the Declaration of Jayme L. Walker in Support of Plaintiffs' Administrative Motion to File Under Seal; the records and files in this action; and upon such further evidence and argument as may be presented prior to or at the time of hearing on the motion.

DATE: March 26, 2021                         GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

/s/ Jayme L. Walker

J. Gary Gwilliam
Jayme L. Walker
Attorneys for Plaintiffs
JOHN AND ROSE BAUER

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 1, 2019, the Parties stipulated to a Protective Order. ECF 23. The Protective Order states, "[w]ithout written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material." ECF 23, ¶ 12.3.

On March 4, 2021, Defendants filed a Motion for Summary Judgment/Partial Summary Judgment. ECF 73. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment ("Opposition"), due and filed on March 26, 2021, contains information from Defendants' designated confidential documents and portions of depositions that Defendants designated as confidential.

The Opposition is consecutively paginated, totaling thirty (30) pages. Plaintiffs are filing Plaintiffs' John and Rose Bauer's Administrative Motion to File Under Seal Portions of Plaintiffs John and Rose Bauer's Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment ("Motion"); the Declaration of Jayme L. Walker in Support of Plaintiffs' John and Rose Bauer's Administrative Motion to File Under Seal Portions of Plaintiffs John and Rose Bauer's Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment ("Walker Decl."); supporting documents; and proposed order concurrently with their Opposition pursuant to the Court's instructions posted on its website. *E-Filing Under Seal*, United States District Court Northern District of California, https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/e-filing-under-seal/. (Last visited on Mar. 25, 2021.)

Plaintiffs believe all of the material Defendants have designated as confidential should be part of the public record, but Plaintiffs endeavor to respect and abide by the Protective Order. As such, Plaintiffs are compelled to file the instant Motion.

Plaintiffs' Motion, Walker Decl., supporting documents, and proposed order will be served on all parties. Media files will be lodged with the Court. They were filed on ECF and submitted to the Court via email to LBpo@cand.uscourts.gov. Hard copies will also be delivered to the Court and defense counsel.

DATE: March 26, 2021                    GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

/s/ Jayme L. Walker
---

J. Gary Gwilliam
Jayme L. Walker
Attorneys for Plaintiffs
JOHN AND ROSE BAUER