J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
       jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No.: 3:19-cv-04593-LB<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER]<br><br>**DECLARATION OF JAYME L. WALKER IN SUPPORT OF PLAINTIFFS JOHN AND ROSE BAUER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS JOHN AND ROSE BAUER'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2021<br>Time: 9:30 a.m.<br>Dept.: Courtroom B – 15th Floor (San Francisco)<br>Judge: Hon. Laurel Beeler<br><br>Trial Date: July 19, 2021<br>Date Removed: August 7, 2019<br>Complaint Filed: June 20, 2019 |

I, Jayme L. Walker, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for Plaintiffs John and Rose Bauer (collectively, "Plaintiffs"). All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business. If called as a witness, I could testify competently thereto.

2. I make this declaration in support of Plaintiffs John and Rose Bauer's Administrative Motion to File Under Seal Portions of Plaintiffs John and Rose Bauer's Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment ("Administrative Motion"). All of the documents listed below have been designated by Defendants as confidential. The Administrative Motion seeks to file the following documents under seal pending Defendants declaration showing the court why these documents should not be part of the public domain:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment | 5:27, 6:1, 6:2, 6:4, 6:9, 15:9-13, p. 15 n.2, 16:20-24, 17:7-10, 23:15-16, 29:14-15 |
| Declaration of Jayme L. Walker ("Walker Decl.") | Paras. 11, 22, 30 |
| Walker Decl. Ex. C, Expert Witness Report of John J. Ryan | PP 35, 48, 81-87, 115-116 |
| Walker Decl. Ex. D, Selected portions of the Deposition of Bradlee Middleton | 139:1 - 140:25 |
| Walker Decl. Ex. D-9, Exhibit 9 of the Deposition of Bradlee Middleton, Taser report of Bradlee Middleton, Bates numbers PPD001172 – CONFIDENTIAL – PPD001174 – CONFIDENTIAL | PPD001172 |
| Walker Decl. Ex. D-13, Exhibit 13 to the Deposition of Bradlee Middleton, performance evaluation of Officer Bradlee Middleton | PPD001658 – PPD001663 |

| Walker Decl. Ex. E-6 to Walker Decl., Exhibit 6 to the Deposition of Jonathan Chin, performance evaluation of Officer Jonathan Chin | 161:10 - 25 |
|---|---|
| Walker Decl. Ex. F-3, Pleasanton Police Department Supplemental – Narrative, Bates number PPD000006-PPD000009 - CONFIDENTIAL | PPD000006-PPD000009 |
| Walker Decl. Ex. I-24, Exhibit 11 to the Deposition of Richard Trovao, Taser Protect Life Evidence Sync Report, Bates numbers PPD001415 – CONFIDENTIAL | PPD001415 |
| Walker Decl. Ex. P, Selected portions of the Deposition of Sergeant Eric Gora | 25:1 – 27:25; 46:1-25; 50:1 – 25: 68:1-25; 93:1-94:15; 99:1-101:25; 109:1-111:25; 122:1-25; 128:1-25. |

3. On November 1, 2019, the Parties stipulated to a Protective Order. ECF 23.

4. In or around March 2020, Defendants produced Walker Decl. Ex. F-3 pursuant to the Protective Order. Ex. F-3 is attached to the Harmening Report, reviewed by Harmening in preparation of his report. Ex. F-3 is attached

5. On September 1, 2020, Defendants demanded portions of the Deposition of Jonathan Chin be designated as confidential, including Walker Decl. Ex. E-6. Walker Decl. Ex. E. at 116:4-8.

6. On September 2, 2020, Defendants demanded that portions of the Deposition of Bradlee Middleton be designated as confidential, including Walker Decl. Ex. D-9 and D-13. Walker Decl. Ex. D at 77:10-22, 139:17-140:6.

7. On October 8, 2020, Defendants demanded that portions of the Deposition of Richard Trovao be designated as confidential, including Walker Decl. Ex. I-21. Walker Decl. Ex. I at 102:20-104:14

8. On January 26, 2021, Defendants demanded that portions of the Deposition of Eric Gora would be designated as confidential. Ex. P to Walker Decl. 118:17-22.

9. On February 19, 2021, Plaintiffs disclosed their Expert Witness Report of John J. Ryan pursuant to Federal Rule of Civil Procedure, rule 26. Portions of the Ryan Report contain or refer to material that has been designated as confidential by Defendants.

10. Plaintiffs John and Rose Bauer's Opposition to Defendants' Motion for

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

1 Summary Judgment/Partial Summary Judgment ("Opposition") contains documents and
2 deposition testimony that are marked as confidential by the Designating Party, *i.e.*, Defendants.

3   11.   Plaintiffs seek to file their Opposition with the confidential documents and
4 testimony. Pursuant to the Protective Order and the Local Rules, Plaintiffs request to file these
5 materials under seal.

   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct to the best of my knowledge.

   Executed on this _26_ day of March, 2021 in Oakland, California.

                                By: __/s/_____
                                    Jayme L. Walker, Esq.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

DEC. OF JLW ISO PLFS.' ADMIN. MTN.   3   CASE NO. 3:19-CV-04593-LB