1  J. GARY GWILLIAM (SBN. 33430)
2  JAYME L. WALKER (SBN. 273159)
   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
3  1999 Harrison St., Suite 1600,
   Oakland, CA 94612
4  Phone: (510) 832-5411
   Fax: (510) 832-1918
5  Email: ggwilliam@giccb.com
           jwalker@giccb.com
6
7  MICHAEL E. CARDOZA (SBN 52264)
   The Cardoza Law Offices
8  1407 Oakland Blvd. Ste 200
   Walnut Creek, CA 94596
9  Telephone: (925) 274-2900
   Facsimile: (925) 274-2910
10
11 Attorneys for Plaintiffs
   JOHN AND ROSE BAUER

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15                San Francisco Division

16

17 JOHN BAUER, an individual and as          Case No.:  3:19-cv-04593-LB
   Successor in Interest of Jacob Bauer,
18 deceased; ROSE BAUER, an individual and   [ASSIGNED FOR ALL PURPOSES TO THE
   as Successor in Interest of Jacob Bauer,  HON. LAUREL BEELER]
19 deceased;
                                             **[REDACTED]**
20         Plaintiffs,                        **DECLARATION OF JAYME L. WALKER**
                                             **IN SUPPORT OF PLAINTIFFS JOHN AND**
21 vs.                                        **ROSE BAUER'S OPPOSITION TO**
                                             **DEFENDANTS' MOTION FOR SUMMARY**
22 CITY OF PLEASANTON; BRADLEE               **JUDGMENT**
   MIDDLETON; JONATHAN CHIN;
23 RICHARD TROVAO; STEVEN                     Date:  April 8, 2021
   BENNETT; ALEX KOUMISS; JASON              Time:  9:30 a.m.
24 KNIGHT; MARTY BILLDT; DAVID               Dept.:  Courtroom B – 15th Floor (San Francisco)
   SPILLER; and DOES 1 to 50, inclusive;     Judge:  Hon. Laurel Beeler
25
           Defendants.                       Trial Date: July 19, 2021
26                                           Date Removed: August 7, 2019
27                                           Complaint Filed: June 20, 2019
28

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

I, Jayme L. Walker, declare and state as follows:

1.      I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for plaintiffs John and Rose Bauer.  All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business.  If called as a witness, I could testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of selected portions of the Deposition of John Bauer.

3.      Attached hereto as Exhibit B is a true and correct copy of selected portions of the Deposition of Rose Bauer.

4.      Attached hereto as Exhibit C is a true and correct copy of the Expert Witness Report of John J. Ryan.

5.      Attached hereto as Exhibit C-1 is a true and correct copy of a recording of the phone call to the Pleasanton Police Department from Karen (Raley's employee), made on August 1, 2018, Bates number PPD 234.

6.      Attached hereto as Exhibit C-2 is a true and correct copy of selected portions of the body camera footage of Officer Bradlee Middleton capturing his interaction with Raley's employees, Bates number PPD 370.

7.      Attached hereto as Exhibit C-3 is a true and correct copy of selected portions of the body camera footage of Officer Bradlee Middleton capturing his initial interaction with Jacob Bauer, Bates number PPD 370.

8.      Attached hereto as Exhibit D is a true and correct copy of selected portions of the Deposition of Bradlee Middleton.

9.      Attached hereto as Exhibit D-8 is a true and correct copy of Exhibit 8 to the Deposition of Bradlee Middleton, a copy of the Call for Service Detail Report – CFS 287, Bates numbers PPD002468 – PPD002486.

///

///

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

10.     Attached hereto as Exhibit D-7 is a true and correct copy of Exhibit 7 to the Deposition of Bradlee Middleton, a copy of the Pleasanton Police Department Policy 419 – Crisis Intervention Incidents.

████  ████████████████████████

███████████████████████████████

████████████████████████████

12.     Attached hereto as Exhibit D-11 is a true and correct copy of Exhibit 11 to the Deposition of Bradlee Middleton, a copy of the Axon Taser CEW Annual Conducted Ener Weapon (CEW) User Update.

13.     Attached hereto as Exhibit D-12 is a true and correct copy of Exhibit 12 to the Deposition of Bradlee Middleton, a copy of the Pleasanton Police Department Policy 300 – Use of Force, Bates numbers PPD000440 – PPD000484.

14.     Attached hereto as Exhibit as Exhibit D-13 is a true and correct copy of Exhibit 13 to the Deposition of Bradlee Middleton, a copy of the performance evaluation of Officer Bradlee Middleton.

15.     Attached hereto as Exhibit E is a true and correct copy of selected portions of the Deposition of Jonathan Chin.

16.     Attached hereto as Exhibit E-3 is a true and correct copy of Exhibit 3 to the Deposition of Jonathan Chin, selected portions of the body camera footage of Officer Jonathan Chin capturing his initial interaction with Jacob Bauer, Bates number PPD 383.

17.     Attached hereto as Exhibit E-5 is a true and correct copy of Exhibit 5 to the Deposition of Jonathan Chin, selected portions of the body camera footage of Sergeant Jason Knight capturing police restraining Jacob Bauer, Bates number PPD 390.

18.     Attached hereto as Exhibit E-6 is a true and correct copy of Exhibit 6 to the Deposition of Jonathan Chin, the performance evaluation of Officer Jonathan Chin.

19.     Attached hereto as Exhibit F is a true and correct copy of the Expert Witness Report of William M. Harmening titled "Force Analysis."

20.     Attached hereto as Exhibit F-1 is a true and correct copy of the California

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

1   Commission on Peace Officer Standards and Training, Basic Course Workbook Series, Student

2   Materials, Learning Domain 37, People with Disabilities, Version 6.0.

3        21.      Attached hereto as Exhibit F-2 is a true and correct copy of the California

4   Commission on Peace Officer Standards and Training, Basic Course Workbook Series, Student

5   Materials, Learning Domain 15, Law of Arrests, Version 4.13.

6   ▮ ██████████████████████████████████████

7   ██████████████████████████████████

8   █████████████████████

9        23.      Attached hereto as Exhibit G is a true and correct copy of selected portions of the

10  Deposition of Eric (Marty) Billdt.

11       24.      Attached hereto as Exhibit H is a true and correct copy of selected portions of the

12  Deposition of Jason Knight.

13       25.      Attached hereto as Exhibit H-18-A is a true and correct copy of a clip of Exhibit

14  18 to the Deposition of Jason Knight, selected portions of the body camera footage of Sergeant

15  Jason Knight capturing Officer Jonathan Chin hitting Jacob Bauer, Bates number PPD 390.

16       26.      Attached hereto as Exhibit H-18-B is a true and correct copy of a clip of Exhibit

17  18 to the Deposition of Jason Knight, selected portions of the body camera footage of Sergeant

18  Jason Knight capturing the four (4) minutes of pressure placed on Jacob Bauer's neck by police

19  officers, Bates number PPD 390.

20       27.      Attached hereto as Exhibit I is a true and correct copy of selected portions of the

21  Deposition of Richard Trovao.

22       28.      Attached hereto as Exhibit I-11-A is a true and correct copy of Smart Use

23  Considerations Hand out CEW Study Aid.

24       29.      Attached hereto as Exhibit I-19 is a true and correct copy of Exhibit 21 to the

25  Deposition of Richard Trovao, selected portions of the body camera footage of Officer Richard

26  Trovao capturing Jacob Bauer being Tased, Bates number PPD 273.

27  ▮ ███████████████████████████████████████

28  ████████████████████████████████████

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

████████████████████████████████████

31.     Attached hereto as Exhibit I-21 is a true and correct copy of Exhibit 21 to the Deposition of Richard Trovao, selected portions of the body camera footage of Officer Steven Bennett capturing Jacob Bauer being Tased and hit with a baton, Bates number PPD 368.

32.     Attached hereto as Exhibit I-22 is a true and correct copy of Exhibit 22 to the Deposition of Richard Trovao, selected portions of the body camera footage of Sergeant Eric (Marty) Billdt capturing Jacob Bauer being stomped on by police officers, Bates number PPD 378.

33.     Attached hereto as Exhibit J is a true and correct copy of the Expert Witness Report of Michael D. Freeman, MedDR, PhD, MScFMS, MPH, FAAGS, FACE.

34.     Attached hereto as Exhibit J-1 is a true and correct copy of selected portions of the body camera footage of Sergeant Benjamin Sarasua capturing Jacob Bauer stating "I can't breathe," Bates number PPD 396.

35.     Attached hereto as Exhibit K is a true and correct copy of the Expert Witness Report of Laura D. Knight, MD.

36.     Attached hereto as Exhibit L is a true and correct copy of the Expert Witness Report of Daniel Wohlgelernter, MD.

37.     Attached hereto as Exhibit M is a true and correct copy of selected portions of the Deposition Rodolfo Cesar Granados, Jr.

38.     Attached hereto as Exhibit N is a true and correct copy of selected portions of the Deposition of Benjamin Joseph Sarasua, Jr.

39.     Attached hereto as Exhibit O is a true and correct copy of selected portions of the Deposition of Dr. Michael Joseph Ferenc.

40.     Attached hereto as Exhibit O-42 is a true and correct copy of Exhibit 42 to the Deposition of Dr. Michael Joseph Ferenc, a copy of the Alameda County Coroner's Bureau Coroner Investigator's Report, Case Number 2018-02388, Bates numbers PPD 196-231.

41.     Attached hereto as Exhibit P is a true and correct copy of selected portions of the Deposition of Sergeant Eric Gora.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

42.     Attached hereto as Exhibit Q is a true and correct copy of selected portions of the Deposition of David Spiller.

43.     Attached hereto as Exhibit R is a true and correct copy of the Expert Witness Report of Robert J. McFarlane, Forensic Image Analysis, titled "Summary of Audio/Video Evidence Examination."

44.     Attached hereto as Exhibit R-1 is a true and correct copy of Expert Witness Robert J. McFarlane's video matrix 2.

45.     Pursuant to the Stipulated Protective Order, ECF 23, Plaintiffs are filing Exhibits D-13, E, E-6, F-E, I-24, and P conditionally under seal, as they have been designated as confidential by Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this _26_ day of March, 2021 in Oakland, California.



By:  _/s/  Jayme L. Walker_____
       Jayme L. Walker, Esq.

**Bauer v. City of Pleasanton, et al.**

Case No. C19-04593 LB

**INDEX OF EXHIBITS IN SUPPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Description |
|---------|-------------|
| A | Selected portions from the Deposition of John Bauer |
| B | Selected portions from the Deposition of Rose Bauer |
| C | Expert Witness Report of John J. Ryan |
| C-1 | 911 call to Pleasanton Police Department from Karen (Raley's employee made on August 1, 2018, Bates number PPD 234 |
| C-2 | Selected portions of the body camera footage of Officer Bradlee Middleton, PPD 234 |
| C-3 | Selected portions of the body camera footage of Officer Bradlee Middleton, PPD 370 |
| D | Selected portions of the Deposition of Bradlee Middleton |
| D-8 | Exhibit 8 to the Deposition of Bradlee Middleton, Call for Service Detail Report – CFS 287, Bates numbers PPD002468 – PPD002486 |
| D-7 | Exhibit 7 to the Deposition of Bradlee Middleton, Pleasanton Police Department Policy 419 – Crisis Intervention Incidents |
| D-9 | ████████████████████████████ ████████████████████████████ ███████ |
| D-11 | Exhibit 11 to the Deposition of Bradlee Middleton, Axon Taser CEW Annual Conducted Ener Weapon (CEW) User Update |
| D-12 | Exhibit 12 to the Deposition of Bradlee Middleton, Pleasanton Police Department Policy 300 – Use of Force, Bates numbers PPD000440 |
| D-13 | Exhibit 13 to the Deposition of Bradlee Middleton, performance evaluation of Officer Bradlee Middleton |
| E | Selected portions of the Deposition of Jonathan Chin |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

| E-3 | Exhibit 3 to the Deposition of Jonathan Chin, selected portions of the body camera footage of Officer Jonathan Chin, Bates number 383 |
|---|---|
| E-5 | Exhibit 5 to the Deposition Jonathan Chin, selected portions of the body camera footage of Sergeant Jason Knight, Bates number PPD 390 |
| E-6 | Exhibit 6 to the Deposition of Jonathan Chin, performance evaluation of Officer Jonathan Chin |
| F | Expert Witness Report of William M. Harmening titled "Force Analysis" |
| F-1 | California Commission on Peace Officer Standards and Training, Basic Course Workbook Series, Student Materials, Learning Domain 37, People with Disabilities, Version 6.0 |
| F-2 | California Commission on Peace Officer Standards and Training, Basic Course Workbook Series, Student Materials, Learning Domain 15:3, Law of Arrests, Version 6.0 |
| F-3 | ██████████████████████████████████ ████████████████████ |
| G | Selected portions of the Deposition of Eric (Marty) Billdt |
| H | Selected portions of the Deposition of Jason Knight |
| H-18-A | Clip of Exhibit 18 to the Deposition of Jason Knight, selected portions of the body camera footage of Sergeant Jason Knight, Bates number PPD 390 |
| H-18-B | Clip of Exhibit 18 to the Deposition of Jason Knight, selected portions of the body camera footage of Sergeant Jason Knight, Bates number PPD 390 |
| I | Selected portions of the Deposition of Richard Trovao |
| I-11-A | Smart Use Considerations Hand out CEW Study Aid |
| I-19 | Exhibit 21 to the Deposition of Richard Trovao, selected portions of the body camera footage of Officer Richard Trovao capturing Jacob Bauer being Tased, Bates number PPD 273 |

///

| I-24 | ████████████████████████████████████████ |
| | ███████████████████████ |
| I-21 | Exhibit 21 to the Deposition of Richard Trovao, selected portions of the body camera footage of Officer Steven Bennett, Bates number PPD 378 |
| I-22 | Exhibit 22 to the Deposition of Richard Trovao, selected portions of the body camera footage of Sergeant Eric (Marty) Billdt, Bates number PPD 378 |
| J | Expert Witness Report of Michael D. Freeman, MedDR, PhD, MScFMS, MPH, FAAGS, FACE |
| J-1 | Selected portions of body camera footage of Sergeant Benjamin Sarasua, Bates number PPD 396 |
| K | Expert Witness Report of Laura D. Knight, MD |
| L | Expert Witness Report of Daniel Wohlgelernter, MD |
| M | Selected Portions of the Deposition of Rodolfo Cesar Granados, Jr. |
| N | Selected Portions of the Deposition of Benjamin Joseph Sarasua, Jr. |
| O | Selected Portions of the Deposition of Dr. Michael Joseph Ferenc |
| O-42 | Exhibit 42 to the Deposition of Dr. Michael Joseph Ferenc, a copy of the Alameda County Coroner's Bureau Coroner Investigator's Report, Case Number 2018-02388, Bates numbers PPD 196-231 |
| P | Selected portions of the Deposition of Sergeant Eric Gora |
| Q | Selected portions of the Deposition of David Spiller |
| R | Expert Witness Report of Robert J. McFarlane |
| R-1 | Expert Witness Robert J. McFarlane's Video Matrix 2 |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612