1  J. GARY GWILLIAM (SBN. 33430)
2  JAYME L. WALKER (SBN. 273159)
   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
3  1999 Harrison St., Suite 1600,
   Oakland, CA 94612
4  Phone: (510) 832-5411
   Fax: (510) 832-1918
5  Email: ggwilliam@giccb.com
            jwalker@giccb.com
6
7  MICHAEL E. CARDOZA (SBN 52264)
   The Cardoza Law Offices
8  1407 Oakland Blvd. Ste 200
   Walnut Creek, CA 94596
9  Telephone: (925) 274-2900
   Facsimile: (925) 274-2910
10
11 Attorneys for Plaintiffs
   JOHN AND ROSE BAUER

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                  San Francisco Division

16

17 JOHN BAUER, an individual and as        Case No.:  3:19-cv-04593-LB
   Successor in Interest of Jacob Bauer,
18 deceased; ROSE BAUER, an individual and  [ASSIGNED FOR ALL PURPOSES TO THE
   as Successor in Interest of Jacob Bauer, HON. LAUREL BEELER]
19 deceased;
                                            **DECLARATION OF JAYME L. WALKER**
20         Plaintiffs,                       **IN SUPPORT OF PLAINTIFFS JOHN AND**
                                            **ROSE BAUER'S SUR REPLY TO**
21 vs.                                       **PLAINTIFF JOHN AND ROSE BAUER'S**
                                            **OPPOSITION TO DEFENDANTS' MOTION**
22 CITY OF PLEASANTON; BRADLEE              **FOR SUMMARY JUDGMENT**
   MIDDLETON; JONATHAN CHIN;
23 RICHARD TROVAO; STEVEN
   BENNETT; ALEX KOUMISS; JASON             Date:  April 22, 2021
24 KNIGHT; MARTY BILLDT; DAVID              Time:  9:30 a.m.
   SPILLER; and DOES 1 to 50, inclusive;    Dept.:  Courtroom B – 15th Floor (San Francisco)
25                                          Judge:  Hon. Laurel Beeler
26         Defendants.
                                            Trial Date: July 19, 2021
27                                          Date Removed: August 7, 2019
                                            Complaint Filed: June 20, 2019
28

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

I, Jayme L. Walker, declare and state as follows:

1.      I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for plaintiffs John and Rose Bauer.  All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business.  If called as a witness, I could testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of selected portions of the Deposition of Jonathan Chin.

3.      Attached hereto as Exhibit 2 is a true and correct copy of selected portions of the Deposition of Bradlee Middleton.

4.      Attached hereto as Exhibit 3 is a true and correct copy of selected portions of the Deposition of David Spiller.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 7 to the Deposition of Bradlee Middleton, a copy of the Pleasanton Police Department Policy 419 – Crisis Intervention Incidents, which was attached to the Walker Decl. ISO Pltfs.' Opp (ECF 79) as Exhibit D-7 (ECF 79-10).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this  16  day of April, 2021 in Oakland, California.


By:  /s/  Jayme L. Walker_____
      Jayme L. Walker, Esq.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

**Bauer v. City of Pleasanton, et al.**

Case No. 3:19-cv-04593-LB LB

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY**

| Ex. No. | Description |
|---------|-------------|
| **Evidence Not Attached to the Walker Decl. ISO Pltfs.' Opp.** | |
| Exhibit 1 | Selected portions of the Deposition of Jonathan Chin |
| Exhibit 2 | Selected portions of the Deposition of Bradlee Middleton |
| Exhibit 3 | Selected portions of the Deposition of David Spiller |
| Exhibit 4 | Exhibit 7 to the Deposition of Bradlee Middleton, Pleasanton Police Department Policy 419 – Crisis Intervention Incidents |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612