EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                    --oOo--

5  JOHN BAUER, an individual

   and as Successor in Interest

6  of Jacob Bauer, deceased;

   ROSE BAUER, an individual

7  and as Successor in Interest

   of Jacob Bauer, deceased;

8

               Plaintiffs,

9

   vs.                          Case No.

10                              3:19-cv-04593-LB

   CITY OF PLEASANTON; BRADLEE

11  MIDDLETON; JONATHAN CHIN;

   RICHARD TROVAO; STEVEN

12  BENNETT; ALEX KOUMISS; JASON

   KNIGHT; MARTY BILLDT; DAVID

13  SPILLER; and DOES 1 to 50,

   inclusive;

14

               Defendants.

15  _____/

16

17

18    CONTAINS CONFIDENTIAL MATERIAL WHERE NOTED

19

20    VIDEO-RECORDED DEPOSITION OF JONATHAN CHIN

21          TUESDAY, SEPTEMBER 1, 2020

22

23  Reported by:

24  Anrae Wimberley, CSR No. 7778

25  Job No.  4227597

                                    Page 1

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4                        --oOo--
5   JOHN BAUER, an individual
    and as Successor in Interest
6   of Jacob Bauer, deceased;
    ROSE BAUER, an individual
7   and as Successor in Interest
    of Jacob Bauer, deceased;
8
                    Plaintiffs,
9
    vs.                            Case No.
10                                 3:19-cv-04593-LB
    CITY OF PLEASANTON; BRADLEE
11  MIDDLETON; JONATHAN CHIN;
    RICHARD TROVAO; STEVEN
12  BENNETT; ALEX KOUMISS; JASON
    KNIGHT; MARTY BILLDT; DAVID
13  SPILLER; and DOES 1 to 50,
    inclusive;
14
                    Defendants.
15  _____/
16
17      CONTAINS CONFIDENTIAL MATERIAL WHERE NOTED
18
19          Transcript of video-recorded deposition
20  of JONATHAN CHIN, taken at Gwilliam, Ivary, Chiosso,
21  Cavalli & Brewer, 1999 Harrison Street, Suite 1600,
22  Oakland, California 94612, beginning at 10:14 a.m.
23  and ending at 2:44 p.m. on Tuesday, September 1,
24  2020, before Anrae Wimberley, Certified Shorthand
25  Reporter No. 7778.
```

                                                 Page 2

```
 1   APPEARANCES:
 2   For Plaintiffs John and Rose Bauer:
 3            GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
 4            BY:  J. GARY GWILLIAM, ESQ.
 5                 JAYME L. WALKER, ESQ.
 6            1999 Harrison Street, Suite 1600
 7            Oakland, California 94612
 8            (510) 832-5411
 9            ggwilliam@giccb.com
10            jwalker@giccb.com
11
12   For Defendants:
13            MCNAMARA, NEY, BEATTY, SLATTERY, BORGES &
14            AMBACHER, LLP
15            BY:  NOAH G. BLECHMAN, ESQ.
16            3480 Buskirk Avenue, Suite 250
17            Pleasant Hill, California 94523
18            (925) 939-5330
19            noah.blechman@mcnamaralaw.com
20
21   Also present:
22            JENNIFER McKAY, VIDEOGRAPHER
23            VERITEXT LEGAL SOLUTIONS
24
25
```

Page  3

1     Also present (cont'd):

2               BRITTANY SMITH, LAW CLERK

3               GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

4

5               THE FOLLOWING APPEARED VIA ZOOM

6               VIDEOCONFERENCE:

7               SERGEANT JASON KNIGHT, DEFENDANT

8               SERGEANT ERIC (MARTY) BILLDT

9               OFFICER BRADLEE MIDDLETON, DEFENDANT

10                         --oOo--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  4

```
1                          I N D E X

2    EXAMINATION BY:                                PAGE

3    MS. WALKER                                  8, 108

4

5                          --oOo--

6                     E X H I B I T S

7

8    EXHIBIT          DESCRIPTION                    PAGE

9    EXHIBIT 1        Transcript of Radio Traffic;     28

10                    13 pages

11

12   EXHIBIT 2        Body cam video from Officer       32

13                    Chin in contact with Raley's

14                    Employees; 1 MP4 file

15

16   EXHIBIT 3        Body cam video from Officer       73

17                    Chin's initial contact

18                    with Jacob Bauer; 1 MP4 file

19

20   EXHIBIT 4        Body cam video from Officer      104

21                    Chin's distractionary blows;

22                    1 MP4 file

23

24   EXHIBIT 5        Body cam video from Officer      114

25                    Knight; 1 MP4 file
```

Page 5

Aiken Welch, A Veritext Company
510-451-1580

```
 1              E X H I B I T S  (Cont'd)

 2    EXHIBIT          DESCRIPTION                    PAGE

 3                     [CONFIDENTIAL DOCUMENT]

 4    EXHIBIT 6        Employee Performance            161

 5                     Evaluation of Jonathan Chin;

 6                     7 pages

 7

 8                          --oOo--

 9

10    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

11             (None)

12                          --oOo--

13

14    TESTIMONY REQUESTED TO BE MARKED CONFIDENTIAL:

15

16    From page 16, line 13 through to page 18, line 16

17    From page 147, line 14 through to page 149, line 2

18    From page 161, line 7 through to page 163, line 8

19

20                          --oOo--

21

22

23

24

25
```

```
1              TUESDAY, SEPTEMBER 1, 2020;

2              OAKLAND, CALIFORNIA;

3              10:14 A.M.

4              - - -

5      THE VIDEOGRAPHER:  Good morning.  We are going      10:14:38

6  on the record at 10:14 a.m. on September 1st, 2020.

7          This is Media Unit 1 of the video recorded

8  deposition of Jonathan Chin in the matter of Bauer

9  et al versus City of Pleasanton et al, filed in

10  United States District Court, Northern District of      10:15:02

11  California, San Francisco Division.  Case No. is

12  3:19-cv-04593.

13          This deposition is being held at Gwilliam

14  Ivary in Oakland, California at 1999 Harrison

15  Street, Suite 1600.  My name is Jennifer McKay from      10:15:22

16  the firm Veritext and I am the videographer.  Our

17  court reporter today is Anrae Wimberley, also from

18  Veritext.

19          Counsel, please identify yourselves and

20  state whom you represent.                                10:15:37

21      MS. WALKER:  Jayme Walker for the plaintiffs.

22      MR. BLECHMAN:  And Noah Blechman for the

23  defendants.  And also appearing via Zoom are some of

24  the other defendants:  Bradlee Middleton, Jason

25  Knight, and Marty Billdt.                                10:15:52
```

Page 7

```
 1        THE VIDEOGRAPHER:  Will the reporter please        10:15:54

 2   swear in the witness.

 3                    JONATHAN CHIN,

 4        sworn as a witness by the Certified

 5   Shorthand Reporter, testified as follows:              10:15:57

 6                     EXAMINATION

 7   BY MS. WALKER:

 8        Q.   Good morning, Officer Chin.

 9        A.   Good morning.

10        Q.   Could you state your full name for the        10:16:19

11   record, please.

12        A.   My first name is Jonathan.  Last name is

13   Chin, C-h-i-n.

14        Q.   Okay.  And should I address you as

15   Officer Chin?  Is that your current role -- title?      10:16:28

16        A.   Yes, ma'am.

17        Q.   Have you ever had your deposition taken

18   before?

19        A.   One previous time.

20        Q.   Okay.  In what context was that?             10:16:35

21        A.   It was for a fall on City property.

22        Q.   Okay.  You were a witness?

23        A.   Yes, ma'am.

24        Q.   Have you ever been a defendant in a

25   lawsuit before?                                         10:16:42
```

                                                              Page 8

```
 1    control -- under the influence of alcohol or a          10:39:58

 2    controlled substance?

 3         MR. BLECHMAN:  Incomplete hypothetical.

 4            Go ahead.

 5         THE WITNESS:  That would depend on the             10:40:05

 6    information provided at the time and the

 7    surrounding -- kind of all the information provided

 8    at the time of the call.

 9    BY MS. WALKER:

10         Q.   Well, at the time of this call, you're       10:40:11

11    provided with information that someone is inside a

12    business ranting to himself.  Did you think to

13    yourself, I might be dealing with somebody with a

14    mental illness?

15         A.   A possibility.                                10:40:21

16         Q.   You knew that was a possibility?

17         MR. BLECHMAN:  Calls for speculation, lacks

18    foundation to that last question.

19            But go ahead.

20         THE WITNESS:  It's always a possibility.  It's    10:40:29

21    kind of -- we have a broad scope until we can narrow

22    it down further when the scene is safe and the

23    person is under control.

24    BY MS. WALKER:

25         Q.   And you've received training on how to       10:40:39
```

1    identify people with a mental disability; is that        10:40:41

2    true?

3         A.   Yes, ma'am.

4         Q.   How long prior to this August 1st, 2018

5    call had you received any sort of training on how to     10:40:52

6    identify a person with a mental illness?

7         A.   I can't recall right now.  I'd probably

8    have to go over our training record, as well as our

9    advanced officer training that we do every year.

10        Q.   Okay.  Give me your best estimate.  Would      10:41:10

11   it have been five or ten years prior or could have

12   been within the last year, or something other than

13   that?

14        A.   My best estimate would be probably be

15   within two years of that date, just because we're on    10:41:24

16   a training cycle per POST as requirements.

17        Q.   Okay.  And have you done the 40-hour CIT

18   training provided by POST?

19        A.   Yes, ma'am.

20        Q.   Okay.  And you have also had a CIT update;     10:41:35

21   is that true?

22        A.   Yes, ma'am.

23        Q.   Okay.  And in those trainings, you learned

24   how to identify somebody that would be dealing with

25   a mental illness.                                        10:41:45

Page 31

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript ( ) was (X) was not requested.
16            I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney of any party to this
19   action.
20            IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  September 18, 2020
23
24
25            ANRAE WIMBERLEY, CSR No. 7778
```

Page 165