# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4                       --oOo--
 5    JOHN BAUER, an individual
      and as Successor in Interest
 6    of Jacob Bauer, deceased;
      ROSE BAUER, an individual
 7    and as Successor in Interest
      of Jacob Bauer, deceased;
 8
                       Plaintiffs,
 9
      vs.                                  Case No.
10                                         3:19-cv-04593-LB
      CITY OF PLEASANTON; BRADLEE
11    MIDDLETON; JONATHAN CHIN;
      RICHARD TROVAO; STEVEN
12    BENNETT; ALEX KOUMISS; JASON
      KNIGHT; MARTY BILLDT; DAVID
13    SPILLER; and DOES 1 to 50,
      inclusive;
14
                       Defendants.
15    _____/
16
17
18       CONTAINS CONFIDENTIAL MATERIAL WHERE NOTED
19
20    VIDEO-RECORDED DEPOSITION OF BRADLEE MIDDLETON
21             WEDNESDAY, SEPTEMBER 2, 2020
22
23    Reported by:
24    Anrae Wimberley, CSR No. 7778
25    Job No.  4227606
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4                         --oOo--
 5   JOHN BAUER, an individual
     and as Successor in Interest
 6   of Jacob Bauer, deceased;
     ROSE BAUER, an individual
 7   and as Successor in Interest
     of Jacob Bauer, deceased;
 8
                       Plaintiffs,
 9
     vs.                                   Case No.
10                                         3:19-cv-04593-LB
     CITY OF PLEASANTON; BRADLEE
11   MIDDLETON; JONATHAN CHIN;
     RICHARD TROVAO; STEVEN
12   BENNETT; ALEX KOUMISS; JASON
     KNIGHT; MARTY BILLDT; DAVID
13   SPILLER; and DOES 1 to 50,
     inclusive;
14
                       Defendants.
15   _____/
16
17      CONTAINS CONFIDENTIAL MATERIAL WHERE NOTED
18
19             Transcript of video-recorded deposition
20   of BRADLEE MIDDLETON, taken at Gwilliam, Ivary,
21   Chiosso, Cavalli & Brewer, 1999 Harrison Street,
22   Suite 1600, Oakland, California 94612, beginning at
23   10:10 a.m. and ending at 1:12 p.m. on Wednesday,
24   September 2nd, 2020, before Anrae Wimberley,
25   Certified Shorthand Reporter No. 7778.
```

Page 2

```
 1   APPEARANCES:
 2   For Plaintiffs John and Rose Bauer:
 3           GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
 4           BY:  J. GARY GWILLIAM, ESQ.
 5                JAYME L. WALKER, ESQ.
 6           1999 Harrison Street, Suite 1600
 7           Oakland, California 94612
 8           (510) 832-5411
 9           ggwilliam@giccb.com
10           jwalker@giccb.com
11
12   For Defendants:
13           McNAMARA LAW FIRM
14           BY:  NOAH G. BLECHMAN, ESQ.
15           3480 Buskirk Avenue, Suite 250
16           Pleasant Hill, California 94523
17           (925) 939-5330
18           noah.blechman@mcnamaralaw.com
19
20   Also present:
21           JENNIFER McKAY, VIDEOGRAPHER
22           VERITEXT LEGAL SOLUTIONS
23
24           BRITTANY SMITH, LAW CLERK
25           GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
```

Page 3

```
 1   Also present (cont'd):
 2
 3            THE FOLLOWING APPEARED VIA ZOOM
 4            VIDEOCONFERENCE:
 5            SERGEANT ERIC (MARTY) BILLDT, DEFENDANT
 6            SERGEANT JASON KNIGHT, DEFENDANT
 7            OFFICER JONATHAN CHIN, DEFENDANT
 8                        --oOo--
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                     I N D E X
 2    EXAMINATION BY:                              PAGE
 3    MS. WALKER                                      8
 4
 5                      --oOo--
 6                    E X H I B I T S
 7
 8    EXHIBIT         DESCRIPTION                  PAGE
 9    Exhibit 7       Pleasanton Police Department   39
10                    Policy Manual - Crisis
11                    Intervention Incidents;
12                    6 pages
13
14    Exhibit 8       Call for Service Detail        48
15                    Report; Bates PPD002468
16                    thru 486
17
18    Exhibit 9       [CONFIDENTIAL]                 77
19                    Summary of Statement of
20                    Officer Middleton; Bates
21                    PPD001172 thru 174
22
23    Exhibit 10      LD 15: Chapter 3 -             84
24                    Detentions; 5 pages
25
```

```
1                E X H I B I T S  (Cont'd)
2    EXHIBIT            DESCRIPTION                       PAGE
3    Exhibit 11         PowerPoint Slides from Axon        100
4                       Academy TASER Training;
5                       6 pages
6
7    Exhibit 12         Pleasanton Police Department       127
8                       Policy Manual - Use of Force;
9                       25 pages
10
11   Exhibit 13         [CONFIDENTIAL]                     139
12                      Employee Performance
13                      Evaluation of Officer
14                      Middleton, 1/13/18 to 1/11/19;
15                      6 pages
16                           --oOo--
17   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
18                        (None)
19
20   TESTIMONY REQUESTED TO BE MARKED CONFIDENTIAL:
21   From page 19, line 1 through to page 28, line 16
22   From page 135, line 4 through to page 141, line 7
23
24                           --oOo--
25
```

| | | |
|---|---|---|
| 1 | WEDNESDAY, SEPTEMBER 2, 2020; | |
| 2 | OAKLAND, CALIFORNIA; | |
| 3 | 10:10 A.M. | |
| 4 | - - - | |
| 5 | THE VIDEOGRAPHER:  Good morning.  We are going | 10:10:56 |
| 6 | on the record at 10:11 on September 2nd, 2020.  This | |
| 7 | is Media Unit 1 of the video-recorded deposition of | |
| 8 | Bradlee Middleton in the matter of Bauer, et al. | |
| 9 | versus Pleasanton, et al. filed in the United States | |
| 10 | District Court, Northern District of | 10:11:22 |
| 11 | San Francisco -- United States District Court, | |
| 12 | Northern District of California, San Francisco | |
| 13 | Division.  Case No. is 3:19-cv-04593. | |
| 14 | This deposition is being held at Gwilliam | |
| 15 | Ivary in Oakland, California located at 1999 | 10:11:40 |
| 16 | Harrison Street, Suite 1600.  My name is Jennifer | |
| 17 | McKay from the firm Veritext, and I am the | |
| 18 | videographer.  Your court reporter today is Anrae | |
| 19 | Wimberley, also from Veritext. | |
| 20 | Counsel, please identify yourselves and | 10:11:59 |
| 21 | state whom you represent. | |
| 22 | MS. WALKER:  Jayme Walker for the plaintiff, | |
| 23 | and I'm here with my partner, Gary Gwilliam, and our | |
| 24 | associate, Brittany Smith. | |
| 25 | MR. BLECHMAN:  Noah Blechman on behalf of the | 10:12:07 |

Page 7

| | | |
|---|---|---|
| 1 | defendants, and I believe via Zoom are some of the | 10:12:10 |
| 2 | other defendants that are attending: Officer Chin, | |
| 3 | Sergeant Knight, and Sergeant Billdt. | |
| 4 |     THE VIDEOGRAPHER:  Will the reporter please | |
| 5 | swear in the witness. | 10:12:21 |
| 6 |           BRADLEE MIDDLETON, | |
| 7 |   sworn as a witness by the Certified | |
| 8 |    Shorthand Reporter, testified as follows: | |
| 9 |          EXAMINATION | |
| 10 | BY MS. WALKER: | 10:12:39 |
| 11 |    Q.   Good morning, Officer Middleton. | |
| 12 |    A.   Good morning. | |
| 13 |    Q.   I understand this is your first | |
| 14 | deposition? | |
| 15 |    A.   Yes. | 10:12:44 |
| 16 |    Q.   Okay.  So we'll go over some of the ground | |
| 17 | rules to remind you.  First thing I want to tell you | |
| 18 | is, speak out loud and in words so the court | |
| 19 | reporter can hear you. | |
| 20 |    A.   Okay. | 10:12:53 |
| 21 |    Q.   You're a little soft spoken and I speak a | |
| 22 | little fast, so I'm sure she will admonish us both. | |
| 23 |    A.   All right. | |
| 24 |    Q.   But the first and most important rule in a | |
| 25 | deposition is just to tell the truth.  Okay?  The | 10:13:04 |

Page 8

```
 1   BY MS. WALKER:                                              10:47:51
 2      Q.   When you contacted Jacob Bauer, did you
 3   make a preliminary determination whether he was in a
 4   mental health crisis?
 5      MR. BLECHMAN:   Vague as to time, calls for              10:48:11
 6   speculation and lacks foundation.
 7           But go ahead.
 8      THE WITNESS:    I didn't have enough information
 9   to make that determination, no.
10   BY MS. WALKER:                                              10:48:21
11      Q.   You certainly thought that he was acting
12   strange when you first encountered him; right?
13      A.   When I first encountered him?
14      Q.   Yes.
15      A.   During our conversation, yes.                       10:48:30
16      Q.   He mentioned something to you about he
17   found a glass that someone stole from his home.  Do
18   you recall that?
19      A.   Something to that effect, yes.
20      Q.   And he was upset about it?                          10:48:42
21      A.   Yes.
22      Q.   And you thought that was odd, didn't you?
23      A.   Yes.
24      Q.   Have you had any training on encountering
25   a person with a suspected thought disorder?                 10:49:38
```

Page 43

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript ( ) was (X) was not requested.
16              I further certify that I am neither
17    financially interested in the action nor a relative
18    or employee of any attorney of any party to this
19    action.
20              IN WITNESS WHEREOF, I have this date
21    subscribed my name.
22    Dated:  September 17, 2020
23
24                    [signature: Anrae Wimberley]
25              ANRAE WIMBERLEY, CSR No. 7778
```

Page 147