EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   John Bauer, an individual and  )NO 3:19-cv-04593-LB
     as Successor in Interest of    )
 6   Jacob Bauer, deceased; ROSE    )
     BAUER, an individual and as    )
 7   Successor in Interest of Jacob )
     Bauer, deceased,               )
 8                                  )
                   Plaintiffs       )
 9                                  )
         v.                         )
10                                  )
     CITY OF PLEASANTON, et al.,    )
11                                  )
                   Defendants.      )
12   _____)
13
14
15
16      REMOTE VIDEOTAPED DEPOSITION OF DAVID SPILLER
17                  Livermore, California
18                Friday, January 29, 2021
19
20
21   Reported by:
     Heidi Hummel-Grant
22   CSR No. 12556
23   Pages 1 - 89
24
25

                                                  Page 1
```

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   John Bauer, an individual and  )NO 3:19-cv-04593-LB
     as Successor in Interest of    )
 6   Jacob Bauer, deceased; ROSE    )
     BAUER, an individual and as    )
 7   Successor in Interest of Jacob )
     Bauer, deceased,               )
 8                                  )
                  Plaintiffs        )
 9                                  )
         v.                         )
10                                  )
     CITY OF PLEASANTON, et al.,    )
11                                  )
                  Defendants.       )
12   _____)
13
14
15
16         Remote videotaped deposition of
17   DAVID SPILLER, taken on behalf of Plaintiff,
18   at Livermore, California, beginning at 1:07 p.m.
19   and ending at 3:19 p.m., on Friday, January 29,
20   2021, before Heidi Hummel-Grant, Certified
21   Shorthand Reporter No. 12556.
22
23
24
25
```

Page 2

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4       GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
 5       BY:   JAYME L. WALKER
 6             J. GARY GWILLIAM
 7       1999 Harrison Street
 8       Suite 1600
 9       Oakland, California 94612
10       510.832.5411
11       jwalker@giccb.com
12
13   For Defendants:
14       MCNAMARA, NEY, BEATTY, SLATTERY, BORGES &
15   AMBACHER, LLP
16       BY:   NOAH BLECHMAN
17       3480 Buskirk Avenue
18       Suite 250
19       Pleasant Hill, California 94523
20       925.939.5330
21       noah.blechman@mcnamaralaw.com
22
23   Also present:
24       TED HOPPE, VIDEOGRAPHER
25       BRITTANY SMITH
```

```
 1                            INDEX
 2   Witness:
 3   DAVID SPILLER
 4
 5   Examination:                              Page
 6   MS. WALKER                                  6
 7
 8                          EXHIBITS
             Description                              Page
 9
     Exhibit 7    Crisis Intervention Incidents        32
10                (Previously Marked)
11   Exhibit 40   Danville San Ramone Article          27
12
     Exhibit 41   Video                                73
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                   Page 4
```

```
 1                     Livermore, California
 2         Friday, January 29, 2021, 1:07 p.m. - 3:19 p.m.
 3
 4            THE VIDEOGRAPHER:  Good afternoon.  We are          01:07
 5    going on the record.  The time now is 1:07 on
 6    January -- I'm sorry, yeah 1:07, on January 29th,
 7    2021.
 8            This is Media Unit 1 in the video recorded
 9    deposition of Chief David Spiller in the matter --
10    in the matter of John Bauer, et al., versus the City    01:07
11    of Pleasanton, et al., filed in the United States
12    District Court, Northern District of California,
13    Case Number 3:19-cv-40493-LB.
14            This video deposition is being hosted
15    remotely, services provided by Veritext Legal           01:07
16    Solutions.
17            My name Ted Hoppe from the firm Veritext.
18    I'm the videographer.
19            Counsel, could please voice identify
20    yourselves for the record?                              01:07
21            MS. WALKER:  Jayme Walker for the
22    plaintiffs, and I'm here with my partner
23    Gary Gwilliam and our associate Brittany Smith.
24            MR. BLECHMAN:  Noah Blechman on behalf of
25    the defendants.                                         01:08
```

Page 5

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Excellent. | 01:08 |
| 2 | Heidi, could please swear the witness in? | |
| 3 | | |
| 4 | DAVID SPILLER, | |
| 5 | called as a witness by and on behalf of | 01:08 |
| 6 | Plaintiff, having been first duly sworn by the | |
| 7 | Certified Shorthand Reporter, was examined and | |
| 8 | testifies as follows: | |
| 9 | | |
| 10 | EXAMINATION | 01:08 |
| 11 | | |
| 12 | BY MS. WALKER: | |
| 13 | Q   Good afternoon, Chief Spiller.  My name | |
| 14 | is Jayme Walker.  I represent John and Rose Bauer | |
| 15 | for the death of their son Jacob Bauer. | 01:08 |
| 16 | Could you state your full name for the | |
| 17 | record, please? | |
| 18 | A   Sure.  My name is David Charles Spiller, | |
| 19 | S-P-I-L-L-E-R. | |
| 20 | Q   Okay. | 01:08 |
| 21 | Have you ever had your deposition taken | |
| 22 | before, Chief Spiller? | |
| 23 | A   I believe I have years -- it's been a | |
| 24 | long time, in a previous civil matter.  And I think | |
| 25 | it was a traffic -- a fatal traffic collision. | 01:08 |

| | | |
|---|---|---|
| 1 | specific mental health or mental illness direction. | 01:49 |
| 2 | MS. WALKER: | |
| 3 | Q    Was there any -- you know, my clients | |
| 4 | John and Rose Bauer had contacted officers of the | |
| 5 | Pleasanton Police Department three or four times | 01:50 |
| 6 | prior to the August 1st, 2018, incident with | |
| 7 | Jacob Bauer just to, you know, try to get resources | |
| 8 | for eval -- his mental health and evaluation and | |
| 9 | help with his condition. | |
| 10 | Was there any way -- or any established | 01:50 |
| 11 | protocol within the Pleasanton Police Department | |
| 12 | where an officers then responding to a call related | |
| 13 | to Jacob Bauer would have that information?  That | |
| 14 | his parents had been to the department several times | |
| 15 | to alert them that he was mentally ill and they were | 01:50 |
| 16 | concerned about a possible confrontation with | |
| 17 | police? | |
| 18 | MR. BLECHMAN:  I think it assumes facts not | |
| 19 | in evidence.  It misstates the record.  It's an | |
| 20 | incomplete hypothetical at this point. | 01:50 |
| 21 | You can respond. | |
| 22 | THE WITNESS:  I think it depends.  To | |
| 23 | respond to your direct question, I -- you know, I | |
| 24 | don't think, you know, if -- if somebody called out | |
| 25 | of concern for the behavior or welfare of another | 01:51 |

```
 1      Certification of Court Reporter Federal Jurat
 2
 3           I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California do hereby
 5   certify:
 6           That the foregoing proceedings were taken
 7   before me remotely at the time herein set forth;
 8   that any witnesses in the foregoing proceedings,
 9   prior to testifying, were placed under oath; that a
10   verbatim record of the proceedings was made by me
11   using machine shorthand, which was thereafter
12   transcribed under my direction; further, that the
13   foregoing is an accurate transcription thereof.
14           That before completion of the deposition a
15   review of the transcript was not requested.
16           I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any of the parties.
19           IN WITNESS WHEREOF, I hereby subscribe my
20   name this 16th day of February 2021.
21
22
23           [signature: Heidi Hummel-Grant]
             Heidi Hummel-Grant
24           Certified Shorthand Reporter No. 12556
25
```