J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
          jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive; <br><br> Defendants. | Case No.: 3:19-cv-04593-LB <br><br> [ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER] <br><br> **STIPULATION AND [PROPOSED] ORDER SUBMITTING POLICE REPORTS OF PRIOR CONTACTS OF PLEASANTON POLICE DEPARTMENT WITH PLAINTIFFS JOHN AND ROSE BAUER** <br><br> Date Removed: August 7, 2019 <br> Complaint Filed: June 20, 2019 <br> Trial Date: July 19, 2021 |

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel of record, as follows:

1. WHEREAS Defendants filed a Motion for Summary Judgment/Partial Summary Judgment (hereinafter, "Motion") on March 4, 2021.

2. WHEREAS the Court heard Defendants' Motion on May 20, 2021.

3. WHEREAS, during the May 20 hearing, the Court asked the parties to submit to the Court evidence of the four (4) prior contacts between Plaintiffs John and Rose Bauer (collectively, "Plaintiffs") and the Pleasanton Police Department (hereinafter, "PPD") regarding Plaintiffs' son, Jacob Bauer.[1]

4. THEREFORE, attached hereto as Exhibit A is a true and correct copy of PPD Incident Report 18-26109, Bates-stamped PPD000421-422, which concerns PPD's June 29, 2018 contact with Plaintiff Rose Bauer.

5. THEREFORE, attached hereto as Exhibit B is a true and correct copy of PPD Incident Report 18-26163, Bates-stamped PPD000424-425, which concerns PPD's June 29, 2018 contact with Plaintiff John Bauer.

6. THEREFORE, attached hereto as Exhibit C is a true and correct copy of the body-worn camera footage from Officer Murazzo, "Advice 18-26163," Bates-stamped PPD000426, which concerns the same June 29, 2018 contact with Plaintiff John Bauer. The body-worn camera video for this encounter is attached as the report is an inadequate reflection of the twenty-seven (27) minute meeting between John and Officer Murazzo regarding Jacob's mental health.

7. THEREFORE, attached hereto as Exhibit D is a true and correct copy of PPD

---

[1] While Defendants will allow the filing of these materials per the Court's request, **Defendants object** to the Court's consideration of these additional materials for the purposes of the Motion for Summary Judgment in this matter, filed previously and argued today, May 20, 2021, if these had not previously been in the Court's record per any submission by the Plaintiffs in opposition to the Motion for Summary Judgment, currently under submission, and per the arguments of the Defendants at the hearing today on this issue.

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

Incident Report 18-29533, Bates-stamped PPD000427-428, which concerns PPD's July 26, 2018 contact with Plaintiffs.

8.  THEREFORE, attached hereto as Exhibit E is a true and correct copy of PPD Incident Report 18-29881, Bates-stamped PPD000433-434, which concerns PPD's July 29, 2018 contact with Plaintiffs and Jacob.

9.  The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATE: May 20, 2021                    GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

                                      /s/ Jayme L. Walker
                                      _____
                                      J. Gary Gwilliam
                                      Jayme L. Walker
                                      Attorneys for Plaintiffs
                                      JOHN AND ROSE BAUER

DATE: May 20, 2021                    MCNAMARA, NEY, BEATTY, SLATTERY, BORGES
                                      & AMBACHER LLP

                                      /s/ Noah G. Blechman
                                      _____
                                      Noah G. Blechman
                                      Attorneys for Defendants
                                      CITY OF PLEASANTON; BRADLEE MIDDLETON;
                                      JONATHAN CHIN; RICHARD TROVAO; JASON
                                      KNIGHT; MARTY BILLDT; AND DAVE SPILLER

### <u>ORDER</u>

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS THAT THE REPORTS AND AUDIOVISUAL MEDIA, ATTACHED AS EXHIBITS A THROUGH E, ARE ACCEPTED AS EVIDENCE.**

**IT IS SO ORDERED.**

DATE: ___May 24___, 2021     By: _____
                                      Honorable Laurel Beeler
                                      United States Magistrate Judge

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

EXHIBIT A



# Incident Report



| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 6/29/2018 2:55:40 AM | **Incident Type:** | OUTSIDE JURISDICTION ASSIST |
| **Location:** | 615 JUNIPERO ST PLEASANTON CA 94566 | **Venue:** | PLS |
| **Phone Number:** | (415)553-8090 | **Source:** | TELEPHONE |
| **Report Required:** | No | **Priority:** | 2 |
| **Prior Hazards:** | No | **Status:** | OTHER |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| H32 | 313-Swick |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | RP | 177, DISP | | (415)553-8090 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| *NR | 1 |
| *NAT | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

**PPD000421**

# CAD Narrative

06/29/2018 : 03:31:57 CTYPLS\ttimmerman Narrative: INFO RELAYED TO SF PD

06/29/2018 : 03:28:35 ctypls\jswick Narrative: Mother is Rose Bauer 510-409-4451. Jakes cell phone is 510-409-4079.

06/29/2018 : 03:27:42 ctypls\jswick Narrative: I spoke with Jacob Bauer's mother who stated the Audi belong's to Jake. Jake left the house just over 24 hours ago and the mother believes his is suffering from a mental health crisis. Jake has paranoid, delusional thoughts that the police care after him. Prior to leaving the house, Jake stated he was going to San Francsico to find out who was after him. Jakes mother does not know where Jake would run to or places he frequents in San Francisco. Jake last contacted his mother approximately 1 hour prior, via text, stating he was busy and could not talk. Jakes mother has been trying to get him psychiatric help, but Jake will not cooperate.

06/29/2018 : 03:00:13 CTYPLS\ttimmerman Narrative: ATT 1021 TO RES 451-0675 - VM ONLY

06/29/2018 : 02:58:02 CTYPLS\ttimmerman Narrative: REG VALID FROM: 05/08/17 TO 05/08/18

LIC#:6WFH339 YRMD:12 MAKE:AUDI BTM :2D VIN :WAUVVAFR4CA037308

R/O :BAUER JACOB JOHN, 615 JUNIPERO ST CITY:PLEASANTON C.C.:01

ZIP#:94566

06/29/2018 : 02:57:34 CTYPLS\ttimmerman Narrative: PER SF, SUBJ RAN FROM VEHI AFTER CRASH

06/29/2018 : 02:57:13 CTYPLS\ttimmerman Narrative: ATC JACOB BAUER  - REG BLK AUDI SR  6WFH339 - INVOLVED IN HIT AND RUN IN SF AT 0241.  CASE 181800243

**PPD000422**

EXHIBIT B



# Incident Report



| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 6/29/2018 1:39:11 PM | **Incident Type:** | ADVICE |
| **Location:** | 615 JUNIPERO ST | **Venue:** | PLS |
| | PLEASANTON CA 94566 | | |
| **Phone Number:** | | **Source:** | TELEPHONE |
| **Report Required:** | No | **Priority:** | 3 |
| **Prior Hazards:** | No | **Status:** | OTHER |
| **LE Case Number:** | | **Nature of Call:** | **iN STA*** |

Unit/Personnel

| Unit | Personnel |
|---|---|
| J31 | 218-Murazzo |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | RP | BOWER, JOHN | | | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| *ADV | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

PPD000424

# CAD Narrative

**06/29/2018 : 13:40:02 ctypls\lbailey Narrative: RP WANTS TO TALK TO OFFICER ABOUT SOMEONE HAVING A MENTAL HEALTH CRISIS BUT DID NOT WANT TO GIVE ME INFO AT THE COUNTER**

**PPD000425**

EXHIBIT C

EXHIBIT C

BWC Footage from

Officer Murazzo

SEE ONEDRIVE LINK

EXHIBIT D



# Incident Report



| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 7/26/2018 4:15:22 PM | **Incident Type:** | WELFARE CHECK |
| **Location:** | 615 JUNIPERO ST | **Venue:** | PLS |
| | PLEASANTON CA 94566 | | |
| **Phone Number:** | (408)230-6436 | **Source:** | TELEPHONE |
| **Report Required:** | No | **Priority:** | 2 |
| **Prior Hazards:** | No | **Status:** | OTHER |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| K31 | 319-Garcia |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | RP | LEWIS, JOANNE | | (408)230-6436 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| *NR | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

PPD000427

# CAD Narrative

07/26/2018 : 18:00:47 ctypls\jogarcia Narrative: SPOKE TO JACOBS PARENTS AND DISCOVERED HE IS IN SF WITH AN UNKNOWN DATE/TIME OF RETURN. JACOB SUFFERS FROM UNDIAGNOSED SCHIZOPHRENIA ACCORDING TO THE FAMILY MEDICAL PROVIDER. HOWEVER, JACOB REFUSES TO GET HELP FOR THE CONDITION. JACOB HAS NOT MADE STATEMENTS OR CONDUCTED ANY ACTIONS THAT WOULD INDICATE THAT HE IS A DANGER TO HIMSELF OR OTHERS AT THIS TIME. ADVICE GIVEN ALONG WITH A BUSINESS CARD.

07/26/2018 : 17:46:49 ctypls\hhorner Narrative: C4

07/26/2018 : 17:20:07 ctypls\hhorner Narrative: C4 // PARENTS JUST RETURNED HOME

07/26/2018 : 17:07:33 ctypls\jogarcia Narrative: THE 21 IN THE CALL FOR JACOB IS FOR HIS PARENTS. THEY ARE COMING HOME NOW TO SPEAK TO ME ABOUT THE CALL.

07/26/2018 : 17:05:20 ctypls\hhorner Narrative: C4

07/26/2018 : 17:05:06 ctypls\jogarcia Narrative: ATTEMPTING TO CALL JACOB VIA 21

07/26/2018 : 17:02:30 ctypls\jogarcia Narrative: SPOKE TO RP VIA 21 (BWC ACTIVATED), EMAILS JACOB SENT TO RP NEVER CONTAINED ANY STATEMENTS OF HIM WANTING TO HURT HIMSELF OR HURT ANYONE ELSE. THERE WAS ALSO NO CRIMINAL THREATS MADE. UPDATED RP ABOUT MY ATT CONTACT WITH JACOB.

07/26/2018 : 16:53:27 ctypls\jogarcia Narrative: NO ANSWER AT THE DOOR. CAN HEAR DOG BARKING INSIDE.

07/26/2018 : 16:27:17 ctypls\awisgerhof Narrative: JACOB CONTACT # 451-0675

07/26/2018 : 16:26:22 ctypls\awisgerhof Narrative: NO PREV 5150 IN RMS

07/26/2018 : 16:25:30 ctypls\awisgerhof Narrative: ALSO ON 06/29/2018 SFPD CALLED FOR US TO ATC JACOB, HE WAS A SUSP IN A 20002 - MOTHER SAID SUBJ WENT TO SF B/C HE THOUGHT THE POLICE WERE AFTER HIM

07/26/2018 : 16:23:47 ctypls\awisgerhof Narrative: HIST SHOWS A JOHN BAUER ASSOC TO THAT ADDRESS CAME TO THE STATION ON 06/29/2018 TO SEEK ADVICE ABOUT SOMONE HAVING A MENTAL HEALTH CRISIS - NFI

07/26/2018 : 16:22:15 ctypls\awisgerhof Narrative: CLR/VALID

07/26/2018 : 16:20:44 ctypls\awisgerhof Narrative: HIS EMAILS HAVE TALKED ABOUT BEING INVESTIGATED BY FBI, SAID LAWYERS WILL BE "PICKING AT HER BONES" - OTHER PARANOIA TYPE STATEMENTS - NO DIRECT THREATS

07/26/2018 : 16:18:52 ctypls\awisgerhof Narrative: HE LAST SENT AN EMAIL ON SAT. RP GOT IT ON TUESDAY, AND IS CALLING PD NOW FOR A W CHECK

07/26/2018 : 16:17:28 ctypls\awisgerhof Narrative: SHE HAS BEEN RECEIVING CONCERNING EMAILS FROM HIM

07/26/2018 : 16:16:54 ctypls\awisgerhof Narrative: JACOB WAS LET GO FROM WORK ON 06/19/2018

07/26/2018 : 16:16:34 ctypls\awisgerhof Narrative: RP USED TO BE A CO WOKER FOR JACOBS

07/26/2018 : 16:16:22 ctypls\awisgerhof Narrative: ATC BAUER, JACOB 06 27 80

PPD000428

EXHIBIT E



# Incident Report



**Incident:** **2018-00029881**

| | |
|---|---|
| **Incident Date/Time:** | 7/29/2018 3:23:08 PM |
| **Location:** | 615 JUNIPERO ST |
| | PLEASANTON CA 94566 |
| **Phone Number:** | (925)451-0675 |
| **Report Required:** | No |
| **Prior Hazards:** | No |
| **LE Case Number:** | |

| | |
|---|---|
| **Incident Type:** | DISTURBANCE |
| **Venue:** | PLS |
| **Source:** | 911 |
| **Priority:** | 2 |
| **Status:** | IN PROGRESS |
| **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|------|-----------|
| J12 | 313-Swick |
| J31 | 218-Murazzo |
| K21 | 300-Habib |
| K31 | 201-Wilson |
| S6 | 136-Niceley |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|-----|------|------|---------|-------|------|-----|-----|
| 1 | RP | BAUER, JOHN | | (925)451-0675 | | | |
| 2 | RP | BAUER, JACOB | | | | | 06/27/1980 |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|------|------|------|------|-------|-------|---------|-------|

Disposition(s)

| Disposition | Count |
|-------------|-------|
| *NR | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|------|------|------|------|-------|-------------|---------|----------|

**PPD000433**

# CAD Narrative

07/29/2018 : 16:02:32 ctypls\MWilson Narrative: ARGUMENT OVER CAR AND INSURANCE BELONGING TO JACOB. PARENTS BELIEVE THEY ARE RIGHT AND JACOB BELIEVES HE IS RIGHT. PARENTS DID NOT WANT TO FILE CRIMINAL COMPLAINT.
07/29/2018 : 15:45:44 CTYPLS\ttimmerman Narrative: NO CRIMINAL COMPLAINT
07/29/2018 : 15:33:57 CTYPLS\ttimmerman Narrative: c4
07/29/2018 : 15:30:55 CTYPLS\ttimmerman Narrative: INSIDE MTN MIKES
07/29/2018 : 15:30:09 CTYPLS\ttimmerman Narrative: SUBJ NOW WALKING BEHIND RALEYS
07/29/2018 : 15:29:18 CTYPLS\ttimmerman Narrative: SUBJ NOT COMPLIANT
07/29/2018 : 15:28:41 CTYPLS\ttimmerman Narrative: OUT WITH SUBJ JUNIPERO/SONOMA
07/29/2018 : 15:28:20 ctypls\awisgerhof Narrative: BAD CONNECTION WITH RP
07/29/2018 : 15:28:20 CTYPLS\ttimmerman Narrative: NO PRIOR 5150 IN HOUSE
07/29/2018 : 15:28:07 ctypls\awisgerhof Narrative: RP WOULD LIKE SON EVAL'D FOR 5150
07/29/2018 : 15:27:58 CTYPLS\ttimmerman Narrative: JACOB IS CLEAR/VALID
07/29/2018 : 15:27:01 CTYPLS\ttimmerman Narrative: JACOB BAUER 6-27-80
07/29/2018 : 15:26:18 ctypls\awisgerhof Narrative: ALMOST TO JUNIPERO AND SAN ANTONTIO - RP IS NOT FOLLOWING
07/29/2018 : 15:25:41 ctypls\awisgerhof Narrative: SON MAY BE HEADED TO SF
07/29/2018 : 15:25:18 ctypls\awisgerhof Narrative: WMA, 38 YO, BLK HAT, BLK SHIRT , UNK COLORED SHORTS
07/29/2018 : 15:24:56 ctypls\awisgerhof Narrative: JACOB JUST LEFT ON FOOT TOWARDS SUNOL
07/29/2018 : 15:24:36 ctypls\awisgerhof Narrative: NO WEAPONS
07/29/2018 : 15:24:30 ctypls\awisgerhof Narrative: NO DRUG OR ALCOHOL THAT RP KNOWS OF
07/29/2018 : 15:24:19 ctypls\awisgerhof Narrative: SON GOT INTO 415 W/ FAMILY AND HE PUNCHED THE DOOR
07/29/2018 : 15:23:59 ctypls\awisgerhof Narrative: SON AND WIFE ARE INSIDE
07/29/2018 : 15:23:55 ctypls\awisgerhof Narrative: RP IS AFRAID FOR HIS SAFETY AND STEPPED OUTSIDE
07/29/2018 : 15:23:35 ctypls\awisgerhof Narrative: SON JACOB IS HAVING A MENTAL BREAKDOWN

**PPD000434**