J. GARY GWILLIAM (SBN. 33430)
JAYME L. WALKER (SBN. 273159)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison St., Suite 1600,
Oakland, CA 94612
Phone: (510) 832-5411
Fax: (510) 832-1918
Email: ggwilliam@giccb.com
　　　　jwalker@giccb.com

MICHAEL E. CARDOZA (SBN 52264)
The Cardoza Law Offices
1407 Oakland Blvd. Ste 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910

Attorneys for Plaintiffs
JOHN AND ROSE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; DAVID SPILLER; and DOES 1 to 50, inclusive;<br><br>　　　　　　Defendants. | Case No.:  3:19-cv-04593-LB<br><br>[ASSIGNED FOR ALL PURPOSES TO THE HON. LAUREL BEELER]<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FUTURE DEADLINES**<br><br>Date Removed: August 7, 2019<br>Complaint Filed: June 20, 2019 |

# NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FURTHER CASE MANAGEMENT CONFERENCE

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: The parties have a agreed to settle the above-captions matter, subject to the completion of terms and conditions that will be set forth in the final Settlement Agreement and Stipulated Dismissal ("Agreement"). Pursuant to the terms of the Settlement Agreement, Plaintiffs will request dismissal of the entire Action upon satisfaction of the conditions set forth therein. In light of this settlement, and pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter;

WHEREAS, the Parties expect conditions of the settlement to be completed within 60 days of the filing of this notice and stipulation;

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all deadlines governing this case.

                                                    Respectfully submitted,

DATE: July 13, 2021               GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

                                                    /s/ J. Gary Gwilliam
                                                    J. Gary Gwilliam
                                                    Jayme L. Walker
                                                    Attorneys for Plaintiffs
                                                    JOHN AND ROSE BAUER

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
1999 Harrison St., Suite 1600, Oakland, CA 94612

DATE: July 13, 2021

McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP

/s/ Noah G. Blechman
---
Noah G. Blechman
Attorneys for Defendants
City of Pleasanton; Bradlee Middleton; Jonathan Chin; Richard Trovao; Jason Knight; Marty Billdt; and Dave Spiller

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT all deadlines governing this Action are vacated.

**IT IS SO ORDERED.**

DATE: _____, 2021

By: _____
Honorable Laurel Beeler
United States Magistrate Judge