1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
3  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
4  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
5
   Attorneys for Defendants
6  CITY OF PLEASANTON; BRADLEE MIDDLETON;
   JONATHAN CHIN; RICHARD TROVAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased; ROSE BAUER, an individual and as Successor in Interest of Jacob Bauer, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PLEASANTON; CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO; STEVEN BENNETT; ALEX KOUMISS; JASON KNIGHT; MARTY BILLDT; and DAVE SPILLER; and DOES 1 to 90 INCLUSIVE, <br><br> Defendants. | Case No. C19-04593 LB <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Second Amended Complaint, the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION, WITH
PREJUDICE – C19-04593 LB

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATE: August 31, 2021      GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

_____
J. Gary Gwilliam
Jayme L. Walker
Attorneys for Plaintiffs
JOHN AND ROSE BAUER

Dated: August 31, 2021      MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____
Noah G. Blechman
Attorneys for Defendants
CITY OF PLEASANTON; BRADLEE MIDDLETON; JONATHAN CHIN; RICHARD TROVAO

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs as to this dismissal. All further dates and deadlines set in this matter are hereby vacated.

IT IS SO ORDERED

DATED:_____      By:_____
Hon. Laurel Beeler
Magistrate Judge